UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0382 (PLF) |
| | ) | |
| CHRISTOPHER WARNAGIRIS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

On January 22, 2025, the Court entered a Minute Order granting in part and

denying in part United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal

Rule of Criminal Procedure 48(a) ("Mot.") [Dkt. No. 173]. It dismissed the indictment without

prejudice. This Opinion explains the Court's reasoning.

I. BACKGROUND

A. Mr. Warnagiris's Actions on January 6, 2021

The prosecution of defendant Christopher Warnagiris is based on his conduct at

the Capitol on January 6, 2021. The factual and procedural background of Mr. Warnagiris's case

has been discussed extensively by this Court in a number of opinions and will not be repeated

here. See United States v. Warnagiris, Crim. No. 21-0382 (PLF), 2023 WL 5929441 (D.D.C.

Sept. 12, 2023) (granting motion for bill of particulars); United States v. Warnagiris, Crim. No.

CR 21-0382 (PLF), 2023 WL 6160043 (D.D.C. Sept. 21, 2023) (notice of intent to use

evidence); United States v. Warnagiris, 699 F. Supp. 3d 31 (D.D.C. 2023) (denying motion to

dismiss); United States v. Warnagiris, Crim. No. 21-0382 (PLF), 2023 WL 6973213 (D.D.C.

Oct. 23, 2023) (motions in limine); United States v. Warnagiris, Crim. No. 21-0382 (PLF), 2023

WL 7005335 (D.D.C. Oct. 24, 2023) (motion for exculpatory evidence); United States v. Warnagiris, Crim No. 21-0382 (PLF), 2024 WL 1328510 (D.D.C. Mar. 28, 2024) (motions in limine); United States v. Warnagiris, Crim. No. 21-0382 (PLF), 2024 WL 5008631 (D.D.C. Dec. 6, 2024) (denying motion to dismiss); United States v. Warnagiris, Crim. No. 21-0382 (PLF), 2025 WL 82306 (D.D.C. Jan. 13, 2025) (lesser-included offenses).

On January 6, 2021, a joint session of Congress convened to certify the results of the 2020 presidential election. See Trump v. Thompson, 20 F.4th 10, 17 (D.C. Cir. 2021). This certification process is mandated by the Twelfth Amendment to the United States Constitution and by the Electoral Count Act. See U.S. CONST. amend. XII; 3 U.S.C. § 15. Then-Vice President Mike Pence was present and presided over the certification proceedings. On that day, the United States Capitol Police had set up barriers around the perimeter of the Capitol grounds, including bike racks and snow fencing on the Capitol's west side, and they posted signs indicating that the area was closed.

Shortly before noon on January 6, at a rally on the Ellipse, just south of the White House, then-President Donald Trump reiterated his unfounded claims that the election was "rigged" and "stolen," and "urged then-Vice President Pence . . . to 'do the right thing' by rejecting various States' electoral votes and refusing to certify the election in favor of [Joseph] Biden." Trump v. Thompson, 20 F.4th at 17-18. As the court of appeals has recounted:

> Shortly after the speech, a large crowd of President Trump's supporters – including some armed with weapons and wearing full tactical gear – marched to the Capitol and violently broke into the building to try and prevent Congress's certification of the election results. The mob quickly overwhelmed law enforcement and scaled walls, smashed through barricades, and shattered windows to gain access to the interior of the Capitol. Police officers were attacked with chemical agents, beaten with flag poles and frozen water bottles, and crushed between doors and throngs of rioters. As rioters poured into the building, members of the House and Senate, as well

2

as Vice President Pence, were hurriedly evacuated from the House and Senate chambers. Soon after, rioters breached the Senate chamber. In the House chamber, Capitol Police officers barricaded the door with furniture and drew their weapons to hold off rioters. . . . Capitol Police were not able to regain control of the building and establish a security perimeter for hours. The Joint Session reconvened late that night. It was not until 3:42 a.m. on January 7th that Congress officially certified Joseph Biden as the winner of the 2020 presidential election.

Id. at 18 (internal citations and quotation marks omitted). Defendant Christopher Warnagiris – an active-duty Marine officer at the time of the events of January 6, 2021 – was a member of the crowd that entered the Capitol grounds that day and participated in the riot. See Statement of Facts [Dkt. No. 1-1] at 5.

Mr. Warnagiris was instrumental in the rioters' breach of the Capitol building through the East Rotunda doors. His unlawful efforts are unequivocally captured on the Capitol building's closed-circuit television ("CCTV") that was introduced at trial as Government Exhibit 301, which documents the time period between 2:25 p.m. and 2:29 p.m. on January 6, 2021. See Gov't Ex. 301.

Shortly before his entry into the Capitol building, Mr. Warnagiris was in the front of a crowd of rioters outside of the East Rotunda doors, which at that time remained closed. Gov't Ex. 408 at 0:26-0:28; see April 2, 2024 Transcript of Bench Trial – Afternoon Session ("Apr. 2 – Afternoon Tr.") [Dkt. No. 150] at 21-22. At approximately 2:25 p.m., Mr. Warnagiris pushed himself through the now partially opened East Rotunda doors into the Capitol building, thereby becoming one of the first rioters to enter the building through that entrance. Gov't Ex. 301 at 0:17-0:25. Mr. Warnagiris walked further into the building – briefly entering the Capitol Rotunda – before returning to the East Rotunda doors less than a minute later. Gov't Ex. 302 at 0:25-0:57; Gov't Ex. 301 at 0:56-0:59.

3

When he arrived back at the doors, the flow of rioters into the building through that entrance had mostly been halted, although one of the doors remained partially opened. Gov't Ex. 301 at 0:45-1:10. Mr. Warnagiris immediately approached the doors and attempted to open one of them further. Id. at 1:10-1:15. Within seconds of his arrival, the door was opened and rioters began coming into the building. Id. at 1:14-2:00.

While Mr. Warnagiris propped open the door for the rioters to continue their entry into of the Capitol building, a Capitol Police officer in riot gear stood behind him and attempted to remove him from the door. Gov't Ex. 301 at 1:15-2:00. Even when the Capitol Police officer's efforts became more forceful, Mr. Warnagiris refused to move. Id. at 1:20-1:30. Other rioters obstructed the officer's efforts to remove Mr. Warnagiris, with one rioter shoving a bench into the back of the officer's legs. Id. at 1:27-1:30. The officer remained undeterred in attempting to remove Mr. Warnagiris – notwithstanding the many rioters now surrounding him – until he decided to place himself directly in the doorway to prevent the flow of rioters into the building. Id. at 1:30-1:55. The officer was momentarily successful, until another rioter threw the officer to the ground. Id. at 2:00-2:15. A second officer rushed to his aid and they both fell back from the doorway. Id. at 2:14-2:20.

With the officer removed, the rioters entered the Capitol building unimpeded until several officers arrived and attempted to close the East Rotunda doors. Gov't Ex. 301 at 2:20-2:34. One of these officers was Sergeant Anthony Warner. See Apr. 2 – Afternoon Tr. at 37-40. Mr. Warnagiris placed his hands on Sergeant Warner while Sergeant Warner was closing the doors and began to shove him with the full force of his body. Gov't Ex. 301 at 2:20-2:34 at 2:30-2:40. Another rioter assisted Mr. Warnagiris in attempting to prevent Sergeant Warner from closing the doors. Id. at 2:35-2:40. Mr. Warnagiris was able to position

4

himself between Sergeant Warner and the doorway and began pushing the door open. Id. at 2:40-2:55. Mr. Warnagiris successfully reopened the doors. Id. at 2:55-3:02. Sergeant Warner and the other officers, however, were able to prevent the flow of rioters into the building and were eventually successful in closing the doors. Id. at 3:05-3:21. Mr. Warnagiris was then pulled away from the doorway and proceeded to venture further into the Capitol building, id. at 3:18-3:26, until he was removed sometime later.

*B. The Case Against Mr. Warnagiris*

In June 2021, a grand jury charged Mr. Warnagiris with numerous offenses based on his actions at the United States Capitol on January 6. Indictment [Dkt. No. 8]. Under the Second Superseding Indictment, Mr. Warnagiris faced nine counts: (1) civil disorder, in violation of 18 U.S.C. § 231(a)(3); (2) obstruction of an official proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; (3) assaulting, resisting, or impeding a federal officer, in violation of 18 U.S.C. § 111(a)(1); (4) entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1); (5) disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); (6) engaging in physical violence in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(4); (7) disorderly conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); (8) act of physical violence in the Capitol grounds or buildings, in violation of 40 U.S.C. § 5104(e)(2)(F); and (9) parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G). Second Superseding Indictment [Dkt. No. 49].

In April 2024, Mr. Warnagiris proceeded to a bench trial, which began on April 1, 2024, and concluded on April 5, 2024. See Minute Entries for Apr. 1 to Apr. 5, 2024. In anticipation of trial, the Court decided numerous pre-trial motions. See United States v.

Warnagiris, 2023 WL 7005335 (motion for exculpatory evidence); United States v. Warnagiris, 2023 WL 5929441 (motion for bill of particulars); United States v. Warnagiris, 2023 WL 6973213 (motions in limine); United States v. Warnagiris, 2023 WL 6160043 (notice of intent to use evidence); United States v. Warnagiris, 699 F. Supp. 3d 31 (denying motion to dismiss); United States v. Warnagiris, 2024 WL 1328510 (motions in limine). At the trial, the government called the following five witnesses to testify: (1) United States Capitol Police Deputy Chief Thomas Loyd; (2) United States Capitol Police Sergeant Anthony Warner; (3) United States Secret Service Special Agent Linelle Hawa; (4) Federal Bureau of Investigation Special Agent Heang Ly; and (5) Federal Bureau of Investigation Special Agent Steven Weatherhead. Deputy Chief Thomas Loyd testified about the security procedures at the United States Capitol and, more broadly, to the Capitol breach on January 6, 2021. Sergeant Anthony Warner testified about his experience defending the Capitol on January 6, 2021, as well as about his interaction with Mr. Warnagiris on that day. This included Mr. Warnagiris's physical efforts to prevent Sergeant Warner from closing the East Rotunda doors. Special Agent Linelle Hawa testified about the Secret Service's preparation and coordination with the Capitol Police to ensure the security of then-Vice President Pence on January 6, 2021. Special Agents Weatherhead and Ly both testified about the investigation of Mr. Warnagiris in connection with the case against him. The testimony of these witnesses and the powerful videos capturing Mr. Warnagiris's conduct that day – particularly Government Exhibit 301 – persuades the Court as the factfinder that Mr. Warnagiris is guilty beyond a reasonable doubt.

After trial, Mr. Warnagiris filed a series of motions, including another motion to dismiss and a motion related to Mr. Warnagiris's contention that many of the counts upon which he was indicted are lesser included offenses of one another. See Minute Order of Apr. 8, 2024.

6

The Court subsequently denied these motions. See United States v. Warnagiris, 2024 WL 5008631 (denying motion to dismiss); United States v. Warnagiris, 2025 WL 82306 (rejecting lesser-included offenses argument).

Following the Supreme Court's decision in Fischer v. United States, 603 U.S. 480 (2024), Mr. Warnagiris moved for reconsideration of the Court's earlier ruling denying his motion to dismiss Count Two of the Second Superseding Indictment, charging violations of 18 U.S.C. § 1512(c)(2). See Motion to Reconsider and Reverse the Court's Denial of Defendant's Motion to Dismiss Count Two [Dkt. No. 152]. In response, the government moved to reopen the evidence, see Government's Opposition to Defendant's Fischer Motions and Government's Motion to Reopen Evidence [Dkt. No. 156], and the Court scheduled an evidentiary hearing. See Order [Dkt. No. 159]. The evidentiary hearing was twice rescheduled at the request of Mr. Warnagiris's counsel, Marina Medvin. See Nov. 20, 2024 Minute Order; Jan. 14, 2025 Minute Order. On January 22, 2025, the hearing date was vacated in connection with the government's motion now before the Court. See Order [Dkt. No. 175].

## II. DISCUSSION

On January 20, 2025, President Trump issued a sweeping proclamation pardoning individuals charged for their conduct at the Capitol on January 6, 2021. See Unnumbered Proclamation, -- Fed. Reg. ---- (Jan. 20, 2025), https://perma.cc/W4NT-4K4S (hereinafter "Proclamation"). The Proclamation commuted the sentences of a number of individuals, granted pardons to many more, and instructed the Attorney General to seek dismissal with prejudice "of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021." Id. The following day, the government filed a

motion to dismiss this case with prejudice pursuant Rule 48(a) of the Federal Rules of Criminal Procedure. See Mot.

Rule 48(a) of the Federal Rules of Criminal Procedure provides that the "government may, with leave of court, dismiss an indictment, information, or complaint." FED. R. CRIM. P. 48(a). While the government has broad prosecutorial discretion in both pursuing and dismissing criminal cases, see, e.g., Wayte v. United States, 470 U.S. 598, 607-08 (1985) (recognizing the government's broad prosecutorial discretion), the Supreme Court and the D.C. Circuit have recognized that the term "leave of court" in Rule 48(a) "obviously vest[s] some discretion in the court." Rinaldi v. United States, 434 U.S. 22, 29 n.15 (1977); see United States v. Ammidown, 497 F.2d 615, 620 (D.C. Cir. 1973). The discretion afforded to the Court under Rule 48(a) is granted in part to "guard[] against abuse of prosecutorial discretion." United States v. Ammidown, 497 F.2d at 620. "To ensure that the government's request for dismissal of criminal charges 'sufficiently protects the public,' the government may be required to submit 'a statement of reasons and underlying factual basis,' which must be 'substantial' to justify the dismissal and not 'a mere conclusory statement.'" United States v. DeCarlo & Ochs, Crim. No. 21-0073 (BAH), 2025 WL 266308, at *2 (D.D.C. Jan. 22, 2025) (quoting United States v. Ammidown, 497 F.2d at 620).

In this case, the government has not provided a factual basis for dismissal. The only justification is a citation to the presidential proclamation. See Mot at 1. The Proclamation itself – in directing the Attorney General "to pursue [the] dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021" – attempts to justify dismissal by asserting that it is needed to "end[] a grave national injustice that has been perpetrated upon the

8

American people over the last four years and begin[] a process of national reconciliation." Proclamation.

The Proclamation's assertion is factually incorrect. There has been no "grave national injustice." And just because the Proclamation was signed by the President does not transform up into down or down into up as if peering through the looking glass of Alice in Wonderland. Mr. Warnagiris was charged with serious crimes and the abandonment of his case by the government does not justify or erase his criminal actions on January 6, 2021. As Judge Chutkan observed in the context of an identically worded motion to dismiss in another January 6 case:

> The Court does not discern – and neither party has identified – any defect in either the legal merits of, or the factual basis for, the Government's case. Indeed, while a pardon exercises the Executive's "exclusive authority and absolute discretion to decide whether to prosecute a case," United States v. Nixon, 418 U.S. 683, 693 (1974), it "does not necessarily render 'innocent' a defendant of any alleged violation of the law," United States v. Flynn, 507 F. Supp. 3d 116, 136 (D.D.C. 2020).

United States v. Banuelos, Crim. No. 24-0135 (TSC), Order (D.D.C. Jan. 22, 2025) [Dkt. No. 30].

The undersigned has presided over a great many of the January 6 cases, and other judges of this Court have done the same. In each of the cases, law enforcement diligently investigated the facts. The prosecutors from the Department of Justice and the United States Attorney's Office conscientiously presented the evidence to support the convictions – including powerful testimony from law enforcement officers and other witnesses, as well as hundreds of hours of shocking videos of assaults on the Capitol and those trying to protect it. In each case, either a judge or jury evaluated the evidence presented through the crucible of direct and cross-examination. Judges methodically applied the law to the facts or instructed juries to do so.

9

The voluminous records created in these cases and the thoughtfully considered sentences imposed by judges of this Court will forever reflect that in the tumultuous time following the events of January 6, 2021, this Court was at all times a place of law and fact. See Sentences Imposed in Cases Arising Out of the Events of January 6, 2021 (Appendix A).[1]

The government's "conclusory" assertion in support of its motion is utterly insufficient to find that dismissal of this case "protects the public." United States v. Ammidown, 497 F.2d at 620. Nevertheless, despite the Court's fundamental disagreement with the government's decision to seek dismissal of this case, it will of course follow the law pursuant to its sworn oath. The Court has "no power" "to deny a prosecutor's Rule 48(a) motion to dismiss charges based on a disagreement with the prosecution's exercise of charging authority." United States v. Fokker Servs. B.V., 818 F.3d 733, 742 (D.C. Cir. 2016); see United States v. DeCarlo & Ochs, 2025 WL 266308, at *3. The government's baseless interpretation of the public interest in dismissing this case "does not clearly fall within the types of reasons found to provide legitimate grounds to deny the government Rule 48(a) motion to dismiss charges." United States v. DeCarlo & Ochs, 2025 WL 266308, at *3; see United States v. Flynn, 507 F. Supp. 3d at 130-31 (collecting cases denying Rule 48(a) motions).

That said, the government's justification does not warrant dismissal with prejudice. A dismissal with prejudice is a final adjudication of the matter. See Brown v. Amtrak Corp., No. 03-7033, 2003 WL 22433755, at *1 (D.C. Cir. Oct. 27, 2003) (per curiam) ("A dismissal 'with prejudice' is a final judgment on the merits which bars further litigation between

---

[1]     The chart contained in Appendix A was created and maintained by the United States Department of Justice over the course of the January 6 prosecutions and was published on their website. The chart was recently removed from the Department of Justice's website dedicated to the January 6 prosecutions.

10

the same parties."); see also Reed v. Farley, 512 U.S. 339, 368 (1994) (Blackmun, J., dissenting) ("The dismissal with prejudice of criminal charges is a remedy rarely seen in criminal law, even for constitutional violations."). In the instant case, dismissal with prejudice is particularly inappropriate given that the Court finds that the evidence presented at trial not only "provides ample basis for criminal prosecution," United States v. Mangia, Crim. No. 23-0288-2 (BAH), 2025 WL 266493, at *3 (D.D.C. Jan. 22, 2025), but proof beyond a reasonable doubt of Mr. Warnagiris's guilt. Indeed, evidence such as the Capitol building's security cameras documenting Mr. Warnagiris's physical altercations with Capitol Police officers makes this a compelling case. See Gov't Ex. 301. The Court therefore concludes that dismissal should be without prejudice. See United States v. DeCarlo & Ochs, 2025 WL 266308, at *3-4; United States v. Banuelos, Crim. No. 24-0135 (TSC), Order (D.D.C. Jan. 22, 2025) [Dkt. No. 30].

Although the Court has granted the motion to dismiss, neither this dismissal, the dismissal orders issued by other judges of this Court, or the pardons issued by the President will undo the damage done by the insurrectionists on January 6, 2021. Nor will it change the truth of what happened on that day of infamy. As Judge Chutkan aptly put it:

> More broadly, no pardon can change the tragic truth of what happened on January 6, 2021. On that day, "a mob professing support for then-President Trump violently attacked the United States Capitol" to stop the electoral college certification. Trump v. Thompson, 20 F.4th 10, 15 (D.C. Cir. 2021). The dismissal of this case cannot undo the "rampage [that] left multiple people dead, injured more than 140 people, and inflicted millions of dollars in damage." Id. It cannot diminish the heroism of law enforcement officers who "struggled, facing serious injury and even death, to control the mob that overwhelmed them." United States v. Griffin, 119 F.4th 1001, 1004 (D.C. Cir. 2024). It cannot whitewash the blood, feces, and terror that the mob left in its wake. [Trump v. ]Thompson, 20 F.4th at 19. And it cannot repair the jagged breach in America's sacred tradition of peacefully transitioning power.

In hundreds of cases like this one over the past four years, judges in this district have administered justice without fear or favor. The historical record established by those proceedings must stand, unmoved by political winds, as a testament and as a warning.

United States v. Banuelos, Crim. No. 24-0135 (TSC), Order (D.D.C. Jan. 22, 2025) [Dkt. No. 30] at 2.

## III. CONCLUSION

For the reasons outlined in this Opinion, the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 173] has been GRANTED in part and DENIED in part. This case has been DISMISSED without prejudice.

An Order consistent with this Opinion was issued on January 22, 2025. See Order [Dkt. No. 175].

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1\30\25

12

# Appendix A
Department of Justice Chart Documenting Sentences in Capitol Breach Cases

Monday, January 6, 2025

# SENTENCES IMPOSED IN CASES ARISING OUT OF THE EVENTS OF JANUARY 6, 2021
Disclaimer: Those relying on information contained in this document should verify all information for accuracy

Table 1: Cases in which the government recommended a probation sentence without home detention[1]

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Morgan-Lloyd, Anna | 1:21-CR-00164-RCL | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours' community service<br>$500 restitution | 36 months' probation<br>120 hours' community service<br>$500 restitution |
| Ehrke, Valerie | 1:21-CR-00097-PLF | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours' community service<br>$500 restitution | 36 months' probation<br>120 hours' community service<br>$500 restitution |
| Bissey, Dona | 1:21-CR-00165-TSC | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours' community service<br>$500 restitution | 14 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Hiles, Jacob | 1:21-CR-00155-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Wangler, Douglas | 1:21-CR-00365-DLF | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>40 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Harrison, Bruce | 1:21-CR-00365-DLF | 40 U.S.C. § 5104(e)(2)(G) | 48 months' probation<br>40 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Sizer, Brian | 1:22-CR-00376-JEB | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>$500 restitution | 12 months' probation<br>$500 restitution |
| Colon, Luis Enrique | 1:21-CR-160-TJK | 18 U.S.C. § 231(a)(3) | 24 months' probation<br>$2,000 restitution | 24 months' probation<br>$2,000 restitution |

[1] Early in this investigation, the Government made a very limited number of plea offers in misdemeanor cases that included an agreement to recommend probation in *United States v. Anna Morgan-Lloyd*, 1:21-cr-00164(RCL); *United States v. Valerie Elaine Ehrke*, 1:21-cr-00097(PFF); *United States v. Donna Sue Bissey*, 1:21-cr-00165(TSC), *United States v. Douglas K. Wangler*, 1:21-cr-00365(DLF), and *United States v. Bruce J. Harrison*, 1:21-cr-00365(DLF). The government is abiding by its agreements in those cases but has made no such agreement in this case. *Cf. United States v. Rosales-Gonzales*, 801 F.3d 1177, 1183 (9th Cir. 2015) (no unwarranted sentencing disparities under 18 U.S.C. § 3553(a)(6) between defendants who plead guilty under a "fast-track" program and those who do not given the "benefits gained by the government when defendants plead guilty early in criminal proceedings") (citation omitted).

Monday, January 6, 2025

|  |  |  |  |  |
|---|---|---|---|---|

Table 2: Cases in which the government recommended a probation sentence with home detention.

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Bustle, Jessica | 1:21-CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>40 hours' community service<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>40 hours' community service<br>$500 restitution |
| Bustle, Joshua | 1:21-CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>40 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>40 hours' community service<br>$500 restitution |
| Doyle, Danielle | 1:21-CR-00324-TNM | 40 U.S.C. § 5104(e)(2)(G) | 2 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' probation<br>$3,000 fine<br>$500 restitution |
| Bennett, Andrew | 1:21-CR-00227-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>80 hours' community service<br>$500 restitution |
| Mazzocco, Matthew | 1:21-CR-00054-TSC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Rosa, Eliel | 1:21-CR-00068-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>100 hours' community service<br>$500 restitution |
| Gallagher, Thomas | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Vinson, Thomas | 1:21-CR-00355-RBW | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 months' probation<br>$5,000 fine<br>120 hours' community service<br>$500 restitution |

Monday, January 6, 2025

| | | | | |
|---|---|---|---|---|
| Dillon, Brittiany | 1:21-CR-00360-DLF | 40 U.S.C. § 5104(e)(2)(D) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| Sanders, Jonathan | 1:21-CR-00384-CJN | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Fitchett, Cindy | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Sweet, Douglas | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Cordon, Sean | 1:21-CR-00269-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' probation<br>$4,000 fine<br>$500 restitution |
| Wilkerson, John IV | 1:21-CR-00302-CRC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$2,500 fine<br>$500 restitution |
| Jones, Caleb | 1:21-CR-00321-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>100 hours' community service<br>$500 restitution |
| Brown, Terry | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Wrigley, Andrew | 1:21-CR-00042-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>60 hours' community service<br>$2,000 fine<br>$500 restitution |

3

| | | | | |
|---|---|---|---|---|
| Parks, Jennifer | 1:21-CR-00363-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Reimler, Nicholas | 1:21-CR-00239-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Miller, Brandon | 1:21-CR-00266-TSC | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 20 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Miller, Stephanie | 1:21-CR-00266-TSC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Hatley, Andrew | 1:21-CR-00098-TFH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Pert, Rachael | 1:21-CR-00139-TNM | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>24 months' probation<br>40 hours' community service<br>$500 restitution | 24 months' probation<br>100 hours' community service<br>$500 restitution |
| Winn, Dana | 1:21-CR-00139-TNM | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>24 months' probation<br>40 hours' community service<br>$500 restitution | 10 days' incarceration<br>12 months' probation<br>100 hours' community service<br>$500 restitution |
| Wickersham, Gary | 1:21-CR-00606-RCL | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$2,000 fine<br>$500 restitution |
| Schwemmer, Esther | 1:21-CR-00364-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |

4

Monday, January 6, 2025

| Kelly, Kenneth | 1:21-CR-00331-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>12 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Straka, Brandon | 1:21-cr-00579-DLF | 40 U.S.C. § 5104(e)(2)(D) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$5000 fine<br>60 hours' community service<br>$500 restitution |
| Sizer, Julia | 1:21-CR-00621-CRC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$2,000 fine<br>$500 restitution |
| Blauser, William | 1:21-CR-00386-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | $500 fine<br>$500 restitution |
| Barnard, Richard | 1:21-CR-00235-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>12 months' probation<br>60 hours' community service<br>$500 restitution |
| Witcher, Jeffrey | 1:21-CR-00235-RC | 18 U.S.C. § 1752(a)(1) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| McAlanis, Edward | 1:21-CR-00516-DLF | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Lollis, James | 1:21-CR-00671-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>100 hours' community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>100 hours' community service<br>$500 restitution |
| Schubert, Amy | 1:21-CR-00588-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service | 18 months' probation<br>$2,000 fine<br>100 hours' community service |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | $500 restitution |
| Schubert, John | 1:21-CR-00587-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>$1,500 fine<br>100 hours' community service<br>$500 restitution |
| Orangias, Michael | 1:21-CR-00265-CKK | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$500 restitution |
| Quick, Michael | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>60 hours' community service<br>$500 restitution |
| Quick, Stephen | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>$500 restitution | 24 months' probation<br>$1,000 fine<br>60 hours' community service<br>$500 restitution |
| Reda, Kenneth | 1:21-CR-00452-TFH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| McCreary, Brian | 1:21-CR-00125-BAH | 18 U.S.C. § 1752(a)(1) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 42 days' intermittent confinement<br>60 days' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| Colbath, Paul | 1:21-CR-00650-RDM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Lewis, Jacob | 1:21-CR-00100-CRC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$3,000 fine<br>60 hours' community service<br>$500 restitution |
| Lentz, Nicholes | 1:22-CR-00053-RDM | 18 U.S.C. § 1752(a)(1) | 60 days' home detention<br>36 months' probation | 30 days' home detention<br>36 months' probation<br>100 hours' community service |

| | | | | $500 restitution |
|---|---|---|---|---|
| Daughtry, Michael | 1:21-CR00141-RDM | 18 U.S.C. § 1752(a)(1) | 4 months' home detention<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| Juran, John | 1:21-CR-00419-TFH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 fine<br>$500 restitution |
| Genco, Raechel | 1:22-CR-00062-JMC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Macrae, Douglas Farquhar | 1:22-CR-00181-JEB | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>150 hours' community service<br>$500 restitution |
| Seymour, Paul SR. | 1:22-CR-00041-APM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Seymour, Paul Jr. | 1:22-CR-00041-APM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Ferguson, Jamie | 1:22-CR-00194-APM | 40 U.S.C. § 5104(e)(2)(G) | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Fontanez-Rodriguez, Samuel | 1:22-CR-00256-EGS | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>50 hours' community service<br>$500 restitution |
| Bostic, Karegan | 1:21-CR-00643-CKK | 40 U.S.C. 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Bostic, Willard Jr. | 1:21-CR-00643-CKK | 40 U.S.C. 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>$500 restitution | 90 days' home detention<br>36 months' probation<br>40 hours community service<br>$500 restitution |
| McFadden, Tyrone | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Mileur, Aaron | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Williams, Carrie | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Rutledge, Meghan | 1:21-CR-00643-CKK | 40 U.S.C. 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Saer, Lilith | 1:22-CR-00374-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>200 hours community service<br>$500 restitution |
| Cantrell, Eric | 1:22-CR-00121-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' probation<br>40 hours' community service<br>$500 restitution |
| Smith, Gary | 1:23-CR-0006-RCL | 18 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Kuecken, Deborah | 1:23-CR-0006-RCL | 18 U.S.C. § 5104(e)(2)(G). | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Traugh, Christina | 1:23-CR-00212-RCL | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' home detention<br>18 months' probation<br>$500 restitution |
| Culbertson, Alan Scott | 1:23-CR-00065-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>50 hours' community service<br>$500 restitution | 18 months' probation<br>50 hours' community service<br>$500 restitution |
| Harrison, Jeremy | 1:23-CR-00096-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Ramakrishn, Karthik | 1:23-CR-00247-JMC | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 6 months' probation<br>$500 fine<br>$500 restitution |
| Connolly, Kim Marie | 1:23-CR-00031-JMC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>$500 restitution | 6 months' probation<br>$500 restitution |
| Pacheco, Angelo | 1:23-CR-00258-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Tyner, Christian Peter | 1:23-CR-00361- RDM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Breheny, James | 1:23-CR-00179-APM | 18 U.S.C. § 1512(c)(2), 2 | 36 months' probation<br>6 months' home detention<br>120 hours community service<br>$2,000 restitution | 36 months' probation<br>6 months' home detention<br>$2,000 restitution |
| White, Lance | 1:23-CR-00360- DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>60 hours community service<br>$500 restitution |

| Pettit, Brandon | 1:24-CR-00330-BAH | 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 30 days' home detention 36 months' probation $500 restitution | 30 days' home detention 24 months' probation $500 restitution $5,000 fine |

Table 3: Cases in which the government recommended a sentence of incarceration.

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Curzio, Michael | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration | 6 months' incarceration $500 restitution |
| Hodgkins, Paul | 1:21-CR-00188-RDM | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration | 8 months' incarceration 24 months' supervised release $2,000 restitution |
| Dresch, Karl | 1:21-CR-00071-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration $1,000 fine $500 restitution | 6 months' incarceration $500 restitution |
| Jancart, Derek | 1:21-CR-00148-JEB | 40 U.S.C. § 5104(e)(2)(D) | 4 months' incarceration $500 restitution | 45 days' incarceration $500 restitution |
| Rau, Erik | 1:21-CR-00467-JEB | 40 U.S.C. § 5104(e)(2)(D) | 4 months' incarceration $500 restitution | 45 days' incarceration $500 restitution |
| Hemenway, Edward | 1:21-CR-00049-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration $500 restitution | 45 days' incarceration 60 hours' community service $500 restitution |
| Reeder, Robert | 1:21-CR-00166-TFH | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration $500 restitution | 3 months' incarceration $500 restitution |
| Bauer, Robert | 1:21-CR-00049-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration $500 restitution | 45 days' incarceration 60 hours' community service $500 restitution |
| Smocks, Troy | 1:21-CR-00198-TSC | 18 U.S.C. § 875(c) | Incarceration at low end of sentencing guidelines 36 months' supervised release | 14 months' incarceration 36 months' supervised release |
| Vinson, Lori | 1:21-CR-00355-RBW | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration $500 restitution | 60 months' probation $5,000 fine 120 hours' community service $500 restitution |
| Griffith, Jack | 1:21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration $500 restitution | 3 months' home detention 36 months' probation |

| | | | | $500 restitution |
|---|---|---|---|---|
| Torrens, Eric | 1:21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$500 restitution |
| Gruppo, Leonard | 1:21-CR-00391-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>$3,000 fine<br>$500 restitution |
| Ryan, Jennifer | 1:21-CR-00050-CRC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 60 days' incarceration<br>$1,000 fine<br>$500 restitution |
| Croy, Glenn | 1:21-CR-00162-BAH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>$500 restitution |
| Stotts, Jordan | 1:21-CR-00272-TJK | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Fairlamb, Scott | 1:21-CR-00120-RCL | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 fine | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Camper, Boyd | 1:21-CR-00325-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 60 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Rukstales, Bradley | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Cordon, Kevin | 1:21-CR-00277-TNM | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution | 12 months' probation<br>$4000 fine<br>100 hours' community service<br>$500 restitution |
| Chansley, Jacob | 1:21-CR-00003-RCL | 18 U.S.C. § 1512(c)(2) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Mish, David | 1:21-CR-00112-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Lolos, John | 1:21-CR-00243-APM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration | 14 days' incarceration |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | $500 restitution |
| Scavo, Frank | 1:21-CR-00254-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 60 days' incarceration<br>$5000 fine<br>$500 restitution |
| Abual-Ragheb, Rasha | 1:21-CR-00043-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Peterson, Russell | 1:21-CR-00309-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Simon, Mark | 1:21-CR-00067-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 35 days' incarceration<br>$500 restitution |
| Ericson, Andrew | 1:21-CR-00506-TNM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 20 days' incarceration<br>24 months' probation<br>$500 restitution |
| Pham, Tam Dinh | 1:21-CR-00109-TJK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 45 days' incarceration<br>$1,000 fine<br>$500 restitution |
| Nelson, Brandon | 1:21-CR-00344-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>$2,500 fine<br>50 hours' community service<br>$500 restitution |
| Markofski, Abram | 1:21-CR-00344-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>$1,000 fine<br>50 hours' community service<br>$500 restitution |
| Marquez, Felipe | 1:21-CR-00136-RC | 18 U.S.C. § 1752(a)(2) | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution | 3 months' home detention<br>18 months' probation<br>$500 restitution |
| Meredith, Cleveland | 1:21-CR-00159-ABJ | 18 U.S.C. § 875(c) | 37-46 months' incarceration<br>36 months' supervised release | 28 months' incarceration<br>36 months' supervised release |
| Sorvisto, Jeremy | 1:21-CR-00320-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Mariotto, Anthony | 1:21-CR-00094-RBW | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$5000 fine<br>250 hours' community service |

| | | | | $500 restitution |
|---|---|---|---|---|
| Courtright, Gracyn | 1:21-CR-00072-CRC | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Palmer, Robert | 1:21-CR-00328-TSC | 18 U.S.C. § 111(a)<br>18 U.S.C. § 111(b) | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Thompson, Devlyn | 1:21-CR-00461-RCL | 18 U.S.C. § 111(a)<br>18 U.S.C. § 111(b) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Edwards, Gary | 1:21-CR-00366-JEB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>$500 restitution | 12 months' probation<br>$2,500 fine<br>200 hours' of community service<br>$500 restitution |
| Tutrow, Israel | 1:21-CR-00310-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| Ridge IV, Leonard | 1:21-CR-00406-JEB | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>100 hours' community service<br>$500 restitution |
| Perretta, Nicholas | 1:21-CR-00539-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Vukich, Mitchell | 1:21-CR-00539-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Spencer, Virginia | 1:21-CR-00147-CKK | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 3 months' incarceration<br>$500 restitution |
| Kostolsky, Jackson | 1:21-CR-00197-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>$500 restitution |
| Rusyn, Michael | 1:21-CR-00303-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>$2,000 fine |

| | | | | |
|---|---|---|---|---|
| | | | | $500 restitution |
| Tryon, William | 1:21-CR-00420-RBW | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution | 50 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Sells, Tanner | 1:21-CR-00549-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>24 months' probation<br>$1,500 fine<br>50 hours' community service<br>$500 restitution |
| Walden, Jon | 1:21-CR-00548-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Prado, Nicole | 1:21-CR-00403-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$742 fine<br>60 hours' community service<br>$500 restitution |
| Williams, Vic | 1:21-CR-00388-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>12 months' probation<br>$1,500 fine<br>60 hours' community service<br>$500 restitution |
| Wiedrich, Jacob | 1:21-CR-00581-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>100 hours' community service<br>$500 restitution |
| Stepakoff, Michael | 1:21-CR-00096-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>12 months' probation<br>$742 fine<br>60 hours' community service<br>$500 restitution |
| Scirica, Anthony | 1:21-CR-00457-CRC | 40 U.S.C. § 5104(e)(2)(G) | 15 days' incarceration<br>$500 restitution | 15 days' incarceration<br>$500 fine<br>$500 restitution |
| Crase, Dalton | 1:21-CR-00082-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration | 15 days' intermittent confinement |

| | | | | |
|---|---|---|---|---|
| | | | 36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Williams, Troy | 1:21-CR-00082-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 15 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Languerand, Nicholas | 1:21-CR-00353-JDB | 18 U.S.C. § 111(b) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 44 months' incarceration<br>24 months' supervised release<br>60 hours' community service<br>$2,000 restitution |
| Wilson, Zachary | 1:21-CR-00578-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 45 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Wilson, Kelsey | 1:21-CR-00578-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| McAuliffe, Justin | 1:21-CR-00608-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| Williams, Andrew | 1:21-CR-00045-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Leffingwell, Mark | 1:21-CR-00005-ABJ | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>24 months' supervised release<br>200 hours' community service<br>$2,000 restitution |
| Wagner, Joshua | 1:21-CR-00310-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Stenz, Brian | 1:21-CR-00456-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service | 14 days' incarceration<br>2 months' home detention<br>36 months' probation |

15

| | | | | $500 restitution | $2,500 fine<br>$500 restitution |
|---|---|---|---|---|---|
| Schornak, Robert | 1:21-CR-00278-BAH | 18 U.S.C. § 1752(a)(1) | 4-6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 28 days' intermittent confinement<br>2 months' home detention<br>36 months' probation<br>$500 restitution |
| Castro, Mariposa | 1:21-CR-00299-RBW | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 45 days' incarceration<br>$5000 fine |
| Sunstrum, Traci | 1:21-CR-00652-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>$500 restitution |
| Register, Jeffrey | 1:21-CR-00349-TJK | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration<br>$500 restitution | 75 days' incarceration<br>$500 restitution |
| Johnson, Adam | 1:21-CR-00648-RBW | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$5,000 fine | 75 days' incarceration<br>12 months' supervised release<br>$5000 fine<br>200 hours' community service<br>$500 restitution |
| Howell, Annie | 1:21-CR-00217-TFH | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution | 60 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Gonzalez, Eduardo | 1:21-CR-00115-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 24 months' probation<br>$1,000 fine<br>$500 restitution |
| Wilson, Duke | 1:21-CR-00345-RCL | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 46 months' incarceration<br>$2,000 + TBD restitution for injured officer | 51 months' incarceration<br>36 months' supervised release<br>TBD restitution |
| Strong, Kevin | 1:21-CR-00114-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Bonet, James | 1:21-CR-00121-EGS | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' probation<br>$500 restitution | 3 months' incarceration<br>12 months' probation<br>200 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Nalley, Verden | 1:21-CR-00016-DLF | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration 12 months' probation 60 hours' community service $500 restitution | 24 months' probation 60 hours' community service $500 restitution |
| Carico, Michael | 1:21-CR-00696-TJK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 60 days' home detention 24 months' probation $500 fine 60 hours' community service $500 restitution |
| Loftus, Kevin | 1:21-CR-00081-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation | 36 months' probation 60 hours' community service $500 restitution |
| | | *Resentencing for violating terms of probation | 6 months' incarceration | 6 months' incarceration |
| Smith, Jeffrey | 1:21-CR-00290-RBW | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration $500 restitution | 3 months' incarceration 24 months' probation 200 hours' community service $500 restitution |
| Kelley, Kari | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 36 months' probation $500 restitution |
| Martin, Zachary | 1:21-CR-00201-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 36 months' probation $1,000 fine 60 hours' community service $500 restitution |
| Cudd, Jenny | 1:21-CR-00068-TNM | 18 U.S.C. § 1752(a)(1) | 75 days' incarceration 12 months' supervised release $500 restitution | 60 days' probation $5000 fine $500 restitution |
| Jackson, Micajah | 1:21-CR-00484-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration 36 months' supervised release $500 restitution | 36 months' probation $1,000 fine $500 restitution |
| Petrosh, Robert | 1:21-CR-00347-TNM | 18 U.S.C. § 641 | 4 months' incarceration 12 months' supervised release 60 hours' community service $938 restitution | 10 days' incarceration 12 months' supervised release $1,000 fine $938 restitution |
| Ivey, Bryan | 1:21-CR-00267-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration | 60 days' home detention |

| | | | 36 months' probation<br>$500 restitution<br>60 hours' community service | 36 months' probation<br>$500 restitution<br>60 hours' community service |
|---|---|---|---|---|
| Burress, Gabriel | 1:21-CR-00744-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 45 days' home detention<br>18 months' probation<br>$500 restitution<br>60 hours' community service |
| Pettit, Madison | 1:21-CR-00744-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 45 days' home detention<br>18 months' probation<br>$500 restitution<br>60 hours' community service |
| Coffman, Lonnie | 1:21-CR-00004-CKK | 26 U.S.C. § 5861(d)<br>22 D.C. Code § 4504(a) | Middle of SGR<br>36 months' probation | 46 months' incarceration<br>36 months' supervised release |
| Fee, Thomas | 1:21-CR-00133-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 24 months' probation<br>$500 fine<br>$500 restitution<br>50 hours' community service |
| Herendeen, Daniel | 1:21-CR-00278-BAH | 18 U.S.C. § 1752(a)(1) | 28 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 14 days' incarceration<br>60 days' home detention<br>36 months' probation<br>$500 restitution |
| Zlab, Joseph | 1:21-CR-00389-RBW | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 36 months' probation<br>$500 fine<br>$500 restitution<br>200 hours' community service |
| Riddle, Jason | 1:21-CR-00304-DLF | 18 U.S.C. § 641<br>40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>12 months' supervised release<br>$754 restitution | 3 months' incarceration<br>36 months' probation<br>$754 restitution<br>60 days' community service |
| Fox, Samuel | 1:21-CR-00435-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |

18

| | | | | |
|---|---|---|---|---|
| O'Brien, Kelly | 1:21-CR-00633-RCL | 18 U.S.C. § 1752(a)(1) | 5 months' incarceration<br>12 months' supervised release<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Hardin, Michael | 1:21-CR-00280-TJK | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution<br>60 hours' community service | 30 days' home detention<br>18 months' probation<br>$500 restitution<br>60 hours' community service |
| Hernandez, Emily | 1:21-CR-00747-JEB | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' supervised release<br>$500 restitution<br>60 hours' community service | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution<br>80 hours' community service |
| Merry, William | 1:21-CR-00748-JEB | 18 U.S.C. § 641 | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution<br>60 hours' community service | 45 days' incarceration<br>9 months' supervised release<br>80 hours' community service |
| Westover, Paul | 1:21-CR-00697-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| O'Malley, Timothy | 1:21-CR-00704-CRC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>20 hours' community service<br>$500 restitution |
| Reed, Blake | 1:21-CR-00204-BAH | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 42 days' intermittent confinement<br>3 months' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| Rebegila, Mark | 1:21-CR-00283-APM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>$2,000 fine<br>60 hours' community service<br>$500 restitution |
| Watrous, Richard | 1:21-CR-00627-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>60 days' home detention<br>36 months' probation<br>$2,500 fine |

Monday, January 6, 2025

| | | | | $500 restitution |
|---|---|---|---|---|
| Meteer, Clifford | 1:21-CR-00630-CJN | 40 U.S.C. § 5104(e)(2)(G) | 75 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Conover, Thomas | 1:21-CR-00743-FYP | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$2,500 fine<br>60 hours' community service<br>$500 restitution |
| Lavin, Jean | 1:21-CR-00596-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 10 days' intermittent confinement<br>60 days' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| Krzywicki, Carla | 1:21-CR-00596-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>$500 restitution |
| Kulas, Christian | 1:21-CR-00397-TFH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 6 months' probation<br>60 days' home detention<br>$500 restitution |
| Kulas, Mark | 1:21-CR-00693-TFH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 6 months' probation<br>60 days' home detention<br>$500 restitution |
| Von Bernewitz, Eric | 1:21-CR-00307-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>$1,000 fine<br>$500 restitution |
| Von Bernewitz, Paul | 1:21-CR-00307-CRC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Ballesteros, Robert | 1:21-CR-00580-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>60 hours' community service | 36 months' probation<br>40 hours' community service<br>$500 restitution |

| Name | Case Number | Statute | | |
|---|---|---|---|---|
| | | | $500 restitution | |
| Sarko, Oliver | 1:21-CR-00591-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Vuksanaj, Anthony | 1:21-CR-00620-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 42 days' intermittent confinement<br>3 months' home detention<br>36 months' probation<br>$2,000 fine<br>$500 restitution |
| Creek, Kevin | 1:21-CR-00645-DLF | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Peart, Willard | 1:21-CR-00662-PLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>240 hours' community service<br>$500 fine<br>$500 restitution |
| Webler, Matthew | 1:21-CR-00741-DLF | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Mostofsky, Aaron | 1:21-CR-00138-JEB | 18 U.S.C. § 641<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1) | 15 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$2,000 restitution |
| Entrekin, Nathan | 1:21-CR-00686-FYP | 40 U.S.C. § 5104(e)(2)(G) | 105 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Kidd, Nolan | 1:21-CR-00429-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Baker, Stephen | 1:21-CR-00273-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 9 days' intermittent confinement<br>24 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| McDonald, Savannah | 1:21-CR-00429-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>$500 restitution |
| Honeycutt, Adam | 1:22-CR-00050-CJN | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>$500 restitution |
| Spain, Jr., Edward | 1:21-CR-00651-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Kramer, Philip | 1:21-CR-00413-EGS | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$2,500 fine<br>100 hours' community service<br>$500 restitution |
| Ehmke, Hunter | 1:21-CR-00029-TSC | 18 U.S.C. § 1361 | 4 months' incarceration<br>36 months' supervised release<br>$2,181 restitution | 4 months' incarceration<br>36 months' supervised release<br>$2,181 restitution |
| Chapman, Robert | 1:21-CR-00676-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation | 3 months' home detention<br>18 months' probation<br>$742 fine<br>60 hours' community service<br>$500 restitution |
| Timbrook, Michael | 1:21-CR-00361-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation | 14 days' incarceration<br>12 months' probation<br>$500 restitution |
| Miller, Matthew | 1:21-CR-00075-RDM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release | 33 months' incarceration<br>24 months' probation<br>$2,000 restitution<br>100 hours' community service |
| Hemphill, Pamela | 1:21-CR-00555-RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation | 60 days' incarceration<br>36 months' probation<br>$500 restitution |
| Rubenacker, Greg | 1:21-CR-00193-BAH | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2) | 46 months' incarceration<br>36 months' supervised release | 41 months' incarceration<br>36 months' supervised release |

22

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 111(a)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(E)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | | $2,000 restitution |
| Johnson, Daniel | 1:21-CR-00407-DLF | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>12 months' supervised release | 4 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Johnson, Daryl | 1:21-CR-00407-DLF | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>12 months' supervised release | 30 days' incarceration<br>12 months' supervised release<br>$2,000 fine<br>$2,000 restitution |
| Buhler, Janet | 1:21-CR-00510-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Tagaris, Jody | 1:21-CR-00368-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 24 months' probation<br>$2,000 fine<br>$500 restitution<br>60 hours' community service |
| Heinl, Jennifer | 1:21-CR-00370-EGS | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>24 months' probation<br>$500 restitution |
| Sywak, William Jason | 1:21-CR-00494-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>12 months' probation<br>60 hours' community service<br>$500 restitution |
| Sywak, William Michael | 1:21-CR-00494-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 4 months' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Laurens, Jonathan | 1:21-CR-00450-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>12 months' probation<br>$742 fine |

| | | | | $500 restitution<br>60 hours' community service |
|---|---|---|---|---|
| Cooke, Nolan | 1:22-CR-00052-RCL | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 366 days' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Gold, Simone | 1:21-CR-00085-CRC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution<br>60 hours' community service | 60 days' incarceration<br>12 months' supervised release<br>$9,500 fine<br>$500 restitution |
| Griffin, Cuoy | 1:21-CR-00092-TNM | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release | 14 days' incarceration<br>12 months' supervised release |
| Stackhouse, Lawrence | 1:21-CR-00240-BAH | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>$500 restitution |
| Baranyi, Lawrence | 1:21-CR-00062-JEB | 18 U.S.C. § 1752(a)(1) | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Evans, Derrick | 1:21-CR-00337-RCL | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$2,000 fine |
| Lucard, Carson | 1:22-CR-00087-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>$500 restitution | 21 days' intermittent confinement<br>36 months' probation<br>60 days' home detention<br>$500 restitution |
| Cunningham, Christopher | 1:21-CR-00603-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 3 months' home detention<br>12 months' probation<br>$1,113 fine<br>$500 restitution |
| Prezlin, Brandon | 1:21-CR-00694-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 10 months' probation<br>$2,500 fine<br>120 hours' community service<br>$500 restitution |
| Weisbecker, Philip | 1:21-CR-00682-TFH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' intermittent confinement<br>24 months' probation<br>$2,000 fine |

| | | | | |
|---|---|---|---|---|
| | | | | $500 restitution |
| Sidorski, Dennis | 1:21-CR-00048-ABJ | 18 U.S.C. § 1752 (a)(2) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 100 days' incarceration<br>12 months' supervised release<br>50 hours' community service<br>$500 restitution |
| Bromley, Phillip | 1:21-CR-00250-PLF | 18 U.S.C. § 1752(a)(2) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>$4,000 fine<br>$2,000 restitution |
| Revlett, Jordan | 1:21-CR-00281-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>12 months' probation<br>80 hours' community service<br>$500 restitution |
| Snow, Robert | 1:22-CR-00030-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Torre, Benjamin | 1:21-CR-00143-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$1,113 fine<br>60 hours' community service<br>$500 restitution |
| Grace, Jeremey | 1:21-CR-00492-JDM | 18 U.S.C. § 1752 (a)(1) | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Getsinger, John | 1:21-CR-00607-EGS | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>100 hours' community service<br>$500 restitution |
| Hargis-Getsinger, Stacie | 1:21-CR-00607-EGS | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>100 hours' community service<br>$500 restitution |
| Suarez, Marissa | 1:21-CR-00205-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$2,000 fine<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Todisco, Patricia | 1:21-CR-00205-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$2,000 fine<br>$500 restitution |
| Blair, David | 1:21-CR-00186-CRC | 18 U.S.C. § 231(a)(3) | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 5 months' incarceration<br>18 months' supervised release<br>$2,000 restitution |
| Griswold, Andrew | 1:21-CR-00459-CRC | 18 U.S.C. § 231(a)(3) | 5 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 75 days' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Blakely, Kevin | 1:21-CR-00356-EGS | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' probation<br>$500 restitution | 4 months' incarceration<br>18 months' probation<br>100 hours' supervised release<br>$500 restitution |
| Persick, Kerry | 1:21-CR-00485-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>90 days' home detention<br>$5,000 fine<br>$500 restitution |
| Ticas, David | 1:21-CR-00601-JDB | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Lindsey, Terry | 1:21-CR-00162-BAH | 18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 5 months' incarceration<br>36 months' probation<br>$500 restitution |
| Mattice, Cody | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Mault, James | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bancroft, Dawn | 1:21-CR-00271-ESG | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |

| Santos-Smith, Diana | 1:21-CR-00271-ESG | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 20 days' incarceration<br>36 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Buckler, Matthew | 1:22-CR-00162-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Romero, Moises | 1:21-CR-00677-TSC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and 1 days' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Ponder, Mark | 1:21-CR-00259-TSC | 18 U.S.C. § 111(a)(1) and (b) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>Mental health treatment |
| Bishai, Elliot | 1:21-CR-00282-TSC | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Reffitt, Guy | 1:21-CR-00032-DLF | 18 U.S.C. § 231(a)(2)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(a)(2)(C) | 180 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 231(a)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(a)(2)(C)<br><br>*Post-*Fischer* resentencing, 1512(c)(2) was an original count of conviction | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 80 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Caplinger, Jeremiah | 1:21-CR-00342-PLF | 40 U.S.C. § 5104(d) | 3 months' incarceration<br>36 months' probation | 35 days' incarceration<br>24 months' probation |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | 60 hours' community service<br>$500 restitution |
| Cavanaugh, Andrew | 1:21-CR-00362-APM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Baggott, Matthew | 1:21-CR-00411-APM | 18 U.S.C. § 1752(a)(2) | middle of sentencing guidelines range<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Willden, Ricky | 1:21-CR-00423-RC | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' release<br>$2,000 restitution |
| Hyland, Jason | 1:21-CR-00050-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 7 days' incarceration<br>$500 restitution<br>$4,000 fine |
| Ortiz, Christopher | 1:22-CR-00082-JMC | 40 U.S.C. § 5104(e)(2)(G) | 5 months' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>60 days' home detention<br>100 hours' community service<br>$500 restitution |
| Homer, Lisa | 1:22-CR-00238-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$5,000 fine<br>60 hours' community service<br>$500 restitution |
| Betancur, Bryan | 1:21-CR-00051-TJK | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Larocca, Benjamin | 1:21-CR-00317-TSC | 18 U.S.C. § 1752(a)(2) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Simon, Glen Mitchell | 1:21-CR-00346-BAH | 18 U.S.C. § 1752(a)(2) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 8 months' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Cameron, John | 1:22-CR-00017-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$1,000 fine<br>$500 restitution |
| Fracker, Jacob | 1:21-CR-00034-CRC | 18 U.S.C. § 371 | 6 months' probation<br>36 months' supervised release<br>$2,000 restitution | 12 months' probation<br>59 days' home detention<br>120 hours' community service<br>$2,000 restitution |
| Lazo, Kene | 1:21-CR-00425-CRC | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Robertson, Thomas | 1:21-CR-00034-CRC | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D) | 96 months' incarceration<br>3 years' supervised release<br>$2,000 restitution | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>18 U.S.C. § 1512(c)(1)<br><br>*Post-*Fischer* resentencing, 1512(c)(2) was an original count of conviction | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 72 months' incarceration<br>36 months' supervised release |
| Knutson, Billy | 1:22-CR-00031-FYP | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | |
| Carlton, Daniel Jonathan | 1:21-CR-00247-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' supervised release<br>$500 restitution |
| Richardson, Howard | 1:21-CR-00721-CKK | 18 U.S.C. § 111(a)(1) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' probation<br>$2,000 restitution |
| Pruitt, Joshua | 1:21-CR-00023-JK | 18 U.S.C. § 1512(c)(2) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 55 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Thurlow, Steven | 1:21-CR-00615-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>80 hours' community service<br>$500 restitution |
| Cortez, Christian Glen | 1:21-CR-00317-TSC | 18 U.S.C. § 231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$2,000 restitution |
| Webster, Thomas | 1:21-CR-00208-APM | 18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(f) | 210 months' incarceration<br>36 months' supervised release<br>$2,060 restitution | 120 months' incarceration<br>36 months' supervised release<br>$2,060 restitution |
| Michetti, Richard | 1:21-cr-00232-CRC | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Watson, Sean | 1:21-CR-00422-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probations<br>60 hours' community service<br>$500 restitution | 7 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| McNicoll, Lois Lynn | 1:21-CR-00468-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>80 hours' community service<br>$500 restitution |
| Schwartzberg, Dovid | 1:21-CR-00338 – TFH | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' probations<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>$500 restitution |
| Youngers, Darrell | 1:21-CR-00640 – TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>$500 restitution |
| Vollan, Cody | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Carollo, Anthoy | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Carollo, Jeremiah | 1:22-CR-00044-APM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>12 months' probation<br>60 hours' community service<br>$500 restitution |
| Bratjan, Frank | 1:22-CR-00285-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 days' community service<br>$500 restitution | 6 months' probation<br>$1,500 fine<br>$500 restitution |
| Connor, Francis | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 probation | 12 months' probation<br>$371 fine<br>60 hours' community service<br>$500 probation |
| Ferrigno, Antonio | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$371 fine |

| | | | | |
|---|---|---|---|---|
| Lunyk, Anton | 1:21-CR-00586-RC | 40 U.S.C. § 5104(e)(2)(G) | 20 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$742 fine<br>60 hours' community service<br>$500 restitution |
| Packer, Robert | 1:21-CR-00103-CJN | 40 U.S.C. § 5104(e)(2)(G) | 75 days' incarceration<br>36 months' probation<br>$500 restitution | 75 days' incarceration<br>$500 restitution |
| Williams, Anthony | 1:21-CR-00377-BAH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$5000 fine<br>$2,000 restitution |
| Vincent, Reva | 1:22-CR-0005-TNM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$1,500 fine<br>$500 restitution |
| Lyon, Robert | 1:21-CR-00161-RBW | 18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 641 | 3 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | 40 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$2,000 restitution |
| Ayres, Stephen | 1:21-CR-00156-JDB | 18 U.S.C. § 1752(a)(2) | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>100 hours' community service<br>$500 restitution |
| Hale-Cusanelli, Tim | 1:21-CR-00037-TNM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Hamner, Thomas | 1:21-CR-00689-ABJ | 18 U.S.C. § 231(a)(3), 2 | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>200 hours' community service<br>$2,000 restitution<br>Resentenced<br>30 months' incarceration |

32

| | | | | 36 months' supervised release |
|---|---|---|---|---|
| Santillan, Blas | 1:22-CR-00032-FYP | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Neefe, Marshall | 1:21-CR-00567-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 111(a)(1) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Smith, Charles Bradford | 1:21-CR-00567-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 111(a)(1) and (2) | 44 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Brannan, Cory | 1:21-CR-00637-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>24 months' probation<br>$500 restitution |
| Warmus, Daniel | 1:21-CR-00417-PLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Young, Kyle | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1) | 86 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 86 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2,000 restitution |
| Denney, Lucas | 1:22-CR-00070-RDM | 18 U.S.C. § 111(b) | A term of incarceration in the middle of the guideline range<br>36 months' supervised release | 52 months' incarceration<br>36 months' supervised release |
| Rader, Kenneth | 1:22-CR-00057-RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>36 months' probation<br>$500 restitution |
| Hentschel, Cara | 1:21-CR-00667-FYP | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |

| Pryer, Mahailya | 1:21-CR-00667-FYP | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Ferreira, Leticia | 1:22-CR-00210-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Dropkin, Lawrence | 1:21-CR-00734-JEB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Fisher, Samuel | 1:21-CR-00142-CJN | 18 U.S.C. § 1752(a)(1) | 4 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Galloway, Andrew | 1:22-CR-00012-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 30 days' incarceration<br>$1,000 fine<br>$500 restitution |
| Munn, Dawn | 1:21-CR-00474-BAH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>14 days' intermittent confinement<br>60 hours' community service<br>$500 restitution |
| Munn, Joshua | 1:21-CR-00474-BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Munn, Kayli | 1:21-CR-00474 - BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Munn, Kristi | 1:21-CR-00474-BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Munn, Thomas | 1:21-CR-00474-BAH | 40 U.S.C. § 5104(e)(2)(G) | 36 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>14 days' intermittent confinement<br>60 hours' community service<br>$500 restitution |
| Suleski, Ryan | 1:21-CR-00376-RDM | 18 U.S.C. § 1752(a)(1)<br>18: U.S.C § 641 | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Valadez, Rafael | 1:21-CR-00695-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Ryals, Jerry | 1:21-CR-00244-CKK | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Secor, Christian | 1:21-CR-00157-TNM | 18 U.S.C. § 1512(c)(2) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Fairchild, Jr., Robert | 1:21-CR-00551-TFH | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>$2,000 restitution |
| Munger, Jeffrey | 1:22-CR-00123-RDM | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>4 months' home detention<br>60 hours' community service<br>$500 restitution | 30 months' probation<br>60 hours' community service<br>$500 restitution |
| Byerly, Alan | 1:21-CR-00527-RDM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 113(a)(4) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 34 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bledsoe, Matthew | 1:21-CR-00204-BAH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$2,000 fine<br>$2,000 restitution |
| Mazza, Andrew Mark | 1:21-CR-00736-JEB | 18 U.S.C. § 111(a)(1) and (b)<br>22 D.C. Code § 4504 | 78 months' incarceration<br>36 months' supervised release | 60 months' incarceration<br>36 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | | | $2,150 restitution | $2,000 restitution |
| Seefried, Hunter | 1:21-CR-00287-TNM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Rodean, Nicholas | 1:21-CR-00057-TNM | 18 U.S.C. § 1361<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 57 months' incarceration<br>36 months' supervised release<br>$2,048 restitution | 60 months' probation<br>240 days' home detention |
| Head, Albuquerque Cosper | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1) | 96 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Priola, Christine | 1:22-CR-00242-TSC | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 15 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Mels, James Allen | 1:21-CR-00184-BAH | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>60 hours' community service<br>$500 restitution |
| Clark, Christy | 1:21-CR-00218-APM | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Clark, Matthew | 1:21-CR-00218-APM | 40 U.S.C. § 5104(e)(2)(G) | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Spigelmyer, Paul | 1:21-CR-00218-APM | 18 U.S.C. § 5104 (e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>45 days' home detention<br>60 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Logsdon, Christopher | 1:22-CR-00023-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' probation<br>$500 restitution |
| Logsdon, Tina | 1:22-CR-00023-TFH | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' probation<br>$500 restitution |
| Uptmore, Chance | 1:21-CR-00149-RCL | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Uptmore, James | 1:21-CR-00149-RCL | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 21 days' home detention<br>36 months' probation<br>$500 restitution |
| Brooks, James | 1:22-CR-00018-JMC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$500 restitution |
| Rivera, Jesus | 1:21-CR-00060-CKK | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 9 months' incarceration<br>12 months' supervised release<br>$500 restitution | 8 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Horvath, Jennifer | 1:22-CR-00192-BAH | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>$500 restitution |
| Faulkner, Troy Elbert | 1:21-CR-00126-BAH | 18 U.S.C. § 1361 | 5 months' incarceration<br>36 months' supervised release<br>$10,560 restitution | 5 months' incarceration<br>36 months' supervised release<br>$10,560 restitution |
| Yazdani-Isfehani, Loammi | 1:21-CR-00543-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>24 months' probation<br>100 hours' community service<br>$500 restitution |
| Yazdani-Isfehani, Abigail | 1:21-CR-00543-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 24 months' probation<br>100 hours' community service |

| | | | | |
|---|---|---|---|---|
| | | | 60 hours' community service $500 restitution | $500 restitution |
| Yazdani-Isfehani, Loruhamah | 1:21-CR-00543-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation 60 hours' community service $500 restitution | 24 months' probation 100 hours' community service $500 restitution |
| Kelly, Kash Lee | 1:22-CR-00208-JEB | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration $500 restitution | 60 days' incarceration $500 restitution |
| Ashlock, Ryan | 1:21-CR-00160-CKK | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | 135 days' incarceration 12 months' supervised release 60 hours' community service $500 restitution | 70 days' incarceration 12 months' supervised release 100 hours' community service $500 restitution |
| Comeau, Jason | 1:21-CR-00629-EGS | 40 U.S.C. § 5104(e)(2)(G) | 20 days' incarceration 36 months' probation 60 hours' community service $500 restitution | 12 months' probation 60 days' home detention 60 hours' community service $371 fine $500 restitution |
| Schaefer, Jeffrey | 1:22-CR-00069-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 60 hours' community service $2,000 fine $500 restitution | 30 days' incarceration $2,000 fine $500 restitution |
| Thompson, Dustin | 1:21-CR-00161-RBW | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 641 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 70 months' incarceration 36 months' supervised release $2,000 restitution | 36 months' incarceration 36 months' supervised release $2,000 fine $2,000 restitution |
| Evans III, Treniss | 1:21-CR-00225-DLF | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration 12 months' supervised release 60 hours' community service $500 restitution | 36 months' probation 20 days' intermittent confinement $5,000 fine $500 restitution |
| Castle, Trudy | 1:22-CR-00261-CRC | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation 30 days' incarceration 60 hours' community service $500 restitution | 36 months' probation $2,000 fine $500 restitution |

| | | | | |
|---|---|---|---|---|
| DiFrancesco, Kimberly | 1:22-CR-00261-CRC | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>30 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$2,000 fine<br>$500 restitution |
| Hughes, Joshua | 1:21-CR-00106-CKK | 18 U.S.C. § 1512(c)(2) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 38 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Wood, Matthew | 1:21-CR-00223-APM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' home detention<br>36 months' probation<br>100 hours' community service<br>$2,000 restitution |
| Manwaring, Landon | 1:22-CR-00270-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>35 months' probation<br>$500 restitution |
| Panayiotou, Marcos | 1:22-CR-00055-DLF | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' intermittent confinement<br>36 months' probation<br>$1,500 fine<br>$500 restitution |
| Wiersma, David | 1:21-CR-00592-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>$1,500 fine<br>$500 restitution |
| Presley, Ronnie | 1:21-CR-257-RDM | 18 U.S.C. § 231(a)(3) | 16 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>26 months' supervised release<br>100 hours' community service<br>$2,000 restitution |
| Frankowski, Dawn | 1:21-CR-00592-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>100 hours' community service<br>$750 fine<br>$500 restitution |
| Buxton, Jonas | 1:21-CR-00739-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 18 months' probation<br>40 hours' community service |

| | | | 60 hours' community service<br>$500 restitution | $500 fine<br>$500 restitution |
|---|---|---|---|---|
| Ianni, Suzanne | 1:21-CR-00451-CJN | 40 U.S.C. § 5104(e)(2)(D) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 15 days' incarceration<br>30 months' probation<br>60 hours' community service<br>$500 restitution |
| Tenney, George | 1:21-CR-00640-TFH | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Billingsley, Steven | 1:21-CR-00519-TFH | 18 U.S.C. § 1752(a)(2) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Cantwell, Lewis Easton | 1:21-CR-00089-EGS | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(2) | 5 months' incarceration<br>Term of supervised release<br>$2,000 restitution | 5 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Reid, William | 1:21-CR-00316-DLF | 18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,443 restitution | 37 months' incarceration<br>36 months' supervised release<br>$2,443 restitution |
| Allan, Tommy Frederick | 1:21-CR-00064-CKK | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1512(c)(2) | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Decarlo, Nicholas | 1:21-CR-00073-BAH | 18 U.S.C. § 1512(c)(2) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$2,500 fine<br>$2,000 restitution |
| Ochs, Nicholas | 1:21-CR-00073-BAH | 18 U.S.C. § 1512(c)(2) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,000 restitution |
| Gross, Juliano | 1:22-CR-00056-APM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>45 days' home detention<br>100 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Schwab, Katherine | 1:21-CR-00050-CRC | 18 U.S.C. § 1752(a)(2) | 90 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Sandlin, Ronald | 1:21-CR-00088-DLF | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 111(a)(1), 2 | 63 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution |
| Fassell, Marilyn | 1:21-CR-00692-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Fassell, Thomas | 1:21-CR-00692-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 7 days' intermittent confinement<br>24 months' probation<br>$500 restitution |
| Rossman, Devin | 1:22-CR-00280-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 32 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$2,000 fine<br>$500 restitution |
| Lattanzi, Nicholas | 1:22-CR-00028-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>$500 fine<br>$500 restitution |
| Sargent, Troy | 1:21-CR-00258-TFH | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>24 months' supervised release<br>$500 restitution |
| Council, Matthew | 1:21-CR-00207-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' probation<br>6 months' home detention<br>100 hours community service<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Hendrix, Nicholas | 1:21-CR-00426-CKK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation |
| Jensen, Douglas | 1:21-CR-00006-TJK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Johnston, David | 1:22-CR-00182-BAH | 40 U.S.C. § 5104(e)(2)(G) | 42 days' incarceration<br>36 months' probation<br>$500 restitution | 21 days' intermittent confinement<br>3 months' home detention<br>36 months' probation<br>$2,500 fine<br>$500 restitution |
| Capsel, Matthew | 1:22-CR-00107-TSC | 18 U.S.C. § 231(a)(3) | 31 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Brodnax, Antionne | 1:21-CR-00350-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(E) | 18 months' incarceration<br>12 months' supervised release<br>$500 restitution | 5 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Johnson Jr, Thaddis | 1:22-CR-00228-JDB | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |
| Grayson, Kenneth | 1:21-CR-00224-TSC | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 days' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| McCormick, Michael G | 1:21-CR-00710-TSC | 18 U.S.C. § 1752(a)(1) | 21 days' incarceration<br>36 months' supervised release<br>$500 restitution | 14 days' incarceration<br>$1,000 fine<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Bronsburg, Tammy | 1:21-CR-00144-RBW | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 20 days' incarceration<br>24 months' supervised release<br>$500 restitution |
| Bond, Stacy Lee | 1:22-CR-00171-JMC | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 20 days' home detention<br>18 months' probation<br>50 hours' community service<br>$500 restitution |
| Conlon, Paula | 1:22-CR-00171-JMC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$500 restitution |
| Hughes, Jerod | 1:21-CR-00106-TJK | 18 U.S.C. § 1512(c)(2) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Holdridge, Brent | 1:21-CR-00729-RBW | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |
| Gionet, Anthime | 1:22-CR-00132-TNM | 40 U.S.C. 5104(e)(2)(G) | 75 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>24 months' probation<br>$2,000 fine<br>$500 restitution |
| Witzemann, Shawn | 1:21-CR-00314-TFH | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>7 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Hand, Charles III | 1:22-CR-111-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 20 days' incarceration<br>6 months' probation<br>$500 restitution |
| Robinson-Hand, Mandy | 1:22-CR-111-JEB | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 20 days' incarceration<br>6 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Clifton, Chadwick Gordon | 1:22-CR-00182-BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>$500 restitution | 21 days' intermittent confinement<br>36 months' probation<br>90 days' home detention<br>$500 restitution |
| Slaeker, Tyler | 1:21-CR-00604-DLF | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>240 hours' community service<br>$500 restitution |
| Herrera, Erik | 1:21-CR-619-BAH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$1,000 restitution |
| Montalvo, Matthew | 1:22-CR-00146-RDM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>$5,000 fine<br>$500 restitution |
| Gable, Levi | 1:22-CR-00189-JMC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>45 days' home detention<br>50 hours' community service<br>$1,000 fine<br>$25 restitution |
| Faulkner, Luke | 1:21-CR-00725-RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Andries, John | 1:21-CR-00093-RC | 18 U.S.C. § 1512(c)(2) | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and 1 day incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Rahm, James Jr | 1:21-CR-00150-TFH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| McGrew, James | 1:21-CR-00398-BAH | 18 U.S.C. § 111(a)(1) | 78 months' incarceration<br>36 months' supervised release | 78 months' incarceration<br>36 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | | | $2,000 restitution | $5,000 fine<br>$2,000 restitution |
| Baugh, Roger Kent | 1:22-CR-00313-JEB | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and 1 day incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Garcia, Jacob | 1:22-CR-00118-DLF | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' intermittent confinement<br>24 months' probation<br>$500 restitution |
| Moat, Anthony Richard | 1:21-CR-00375-TSC | 40 U.S.C. § 5104(e)(2)(D) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>$500 restitution |
| Hernandez, Andrew Alan | 1:21-CR-00445-CKK | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Young, Philip | 1:21-CR-00617-DLF | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Khater, Julian Elie | 1:21-CR-00222-TFH | 18 U.S.C. § 111(b), 2<br>18 U.S.C. § 111(b), 2 | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 80 months' incarceration<br>24 months' supervised release<br>$10,000 fine<br>$2,000 restitution |
| Tanios, George | 1:21-CR-00222-TFH | 18 U.S.C. § 1752(a)(1) and (b)(2)<br>18 U.S.C. § 1752(a)(2) and (b)(2) | 5 months' and 6 days' incarceration<br>12 months' supervised release<br>250 hours' community service<br>$500 restitution | 5 months' and 6 days' incarceration<br>12 months' supervised release<br>100 hours' community service<br>$500 restitution |
| Caldwell, Daniel | 1:21-CR-00181-CKK | 18 U.S.C. § 111(a)(1) and (b) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 68 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Moynihan, Christopher | 1:21-CR-00226-CRC | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(A) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 37 months' incarceration 36 months' supervised release $2,000 restitution | 21 months' incarceration 36 months' supervised release $2,000 restitution |
| Hernandez, Joshua | 1:22-CR-00042-CRC | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) | 30 months' incarceration 36 months' supervised release $2,000 restitution | 24 months' incarceration 36 months' supervised release $2,000 restitution |
| Alford, Russell | 1:21-CR-00263-TSC | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration 12 months' supervised release $500 restitution | 12 months' incarceration 12 months' supervised release $500 restitution |
| Haynes, Joshua | 1:21-CR-00594-TSC | 18 U.S.C. § 1512 18 U.S.C. § 1363 | 36 months' incarceration 36 months' supervised release $2,000 restitution | 32 months' incarceration 36 months' supervised release $2,000 restitution |
| Javid, Iraj | 1:22-CR-00077-BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration 36 months' probation 60 hours' community service $500 restitution | 24 months' probation 3 months' home detention $500 restitution |
| Lammons, John | 1:22-CR-00103-RCL | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation $500 restitution | 30 days' incarceration 36 months' probation $500 restitution |
| Uberto, Thomas | 1:22-CR-00007-TSC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration $500 restitution | 10 days' incarceration $500 restitution |
| Archer, Melanie | 1:22-CR-00102-JDB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' probation 60 hours' community service $500 restitution | 18 months' probation 50 hours' community service $500 restitution |
| Seefried, Kevin | 1:21-CR-00287-TNM | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 70 months' incarceration 36 months' supervised release $2,000 restitution | 36 months' incarceration 12 months' supervised release $2,000 restitution |
| Gleffe, Marcos | 1:21-CR-00698-FYP | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration 36 months' probation | 60 days' home detention 36 months' probation |

| | | | | |
|---|---|---|---|---|
| | | | 60 hours' community service<br>$500 restitution | 60 hours' community service<br>$500 restitution |
| Jersey, Justin | 1:21-CR-00035-RC | 18 U.S.C. § 111(b) | 63 months' incarceration<br>36 months' supervised release<br>$32,165.65 restitution | 51 months' incarceration<br>36 months' supervised release<br>$32,165.65 restitution |
| Heathcote, Chad | 1:22-CR-00232-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 15 days' home detention<br>36 months' probation<br>$500 restitution |
| Finley, Jeffrey | 1:21-CR-00526-TSC | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 75 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Manwaring, Susan | 1:22-CR-00307-CJN | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 36 months' probation<br>30 days' home detention<br>$500 restitution |
| Baouche, Jeremy | 1:21-CR-00733-CRC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>24 months' probation<br>$500 restitution |
| Horning, James | 1:21-CR-00275-ABJ | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Bustos, Alexis | 1:22-CR-00016-CJN | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
| Bustos, Bryan | 1:22-CR-00016-CJN | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
| Myers, Rachel | 1:22-CR-00074-JMC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Hubbard, Jeffrey William | 1:21-CR-00737-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>$500 fine<br>$500 restitution |
| Dickinson, Michael | 1:21-CR-00649-JDB | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 20 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Grover, Logan | 1:21-CR-00374-APM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention |
| Sulenta, Derek | 1:22-CR-00340-TSC | 40 U.S.C. § 5104 (e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Miller, Garret | 1:21-CR-00119-CJN | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 875(c)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(3)<br>40 U.S.C. §5104(e)(2)(D)<br>40 U.S.C. §5104(e)(2)(E)<br>40 U.S.C. §5104(e)(2)(G) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 38 months' incarceration<br>36 months' supervised release |
| Cramer, Country | 1:22-CR-00339-RDM | 40 U.S.C. § 5104(e)(2)(G) | 7 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 48 months' probation<br>45 days' home detention<br>30 hours' community service<br>$500 restitution |
| Cramer, Eric | 1:22-CR-00339-RDM | 18 U.S.C. § 1752(a)(2) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 8 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Gordon, Vaughn | 1:22-CR-00099-PLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration | 36 months' probation |

48

| | | | | |
|---|---|---|---|---|
| | | | 36 months' probation<br>60 hours' community service<br>$500 restitution | 3 months' home detention<br>90 hours' community service<br>$500 restitution |
| Mehaffie, David | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 231(a)(3)<br>40 U.S.C. § 5104(e)(2)(D), 2<br>40 U.S.C. § 5104(e)(2)(F) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>24 months' supervised release |
| Judd, David Lee | 1:21-CR-00040-TNM | 18 U.S.C. § 111(b)<br>18 U.S.C. § 1512(c)(2), 2 | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 32 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Wright, John Douglas | 1:21-CR-00341-CKK | 18 U.S.C. § 1512(c)(2), 2 | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 49 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Ashcraft, Neil | 1:22-CR-00295-CKK | 18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>36 months' supervised release<br>$2,000 restitution | 80 days' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Eckerman, Michael | 1:21-CR-00623-CRC | 18 U.S.C. § 111(a)(1) | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 20 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Watson, William | 1:21-CR-00513-RBW | 18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1512(c)(2), 2 | 46 months' incarceration<br>36 months' supervised release<br>$12,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>100 hours community service<br>$12,000 restitution |
| Gerwatowski, Eric | 1:22-CR-00125-JMC | 18 U.S.C. 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$2,000 restitution |
| Stevens, Tristian | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D),2<br>40 U.S.C. § 5104(e)(2)(F),2 | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

Monday, January 6, 2025

| Ambrose, Lawrence | 1:22-CR-00302-DLF | 40 U.S.C. 5104(e)(2)(G) | 21 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Gordon, John | 1:22-CR-00343-RC | 18 U.S.C. 231(a)(3) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Tilley, Todd | 1:23-CR-00038-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>60 hours' community service<br>$500 restitution | 48 months' probation<br>60 hours' community service<br>$500 restitution |
| Irizarry, Elias | 1:21-CR-00282-TSC | 18 U.S.C. 1752(a)(1) | 45 days' incarceration<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>$500 restitution |
| Egtvedt, Daniel | 1:21-CR-00177-CRC | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Gardner, Mitchell | 1:21-CR-00622-APM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(b) | 71 months' incarceration<br>36 months' supervised release<br>$3,500 restitution | 55 months' incarceration<br>36 months' supervised release<br>$3,500 restitution |
| Bilyard, Aiden Henry | 1:22-CR-00034-RBW | 18 U.S.C. § 111(b) | 47 months' incarceration<br>36 months' supervised release<br>$3,500 restitution | 40 months' incarceration<br>36 months' supervised release<br>$3,500 restitution |
| Brock, Larry | 1:21-CR-00140-JDB | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Shaw, Daniel | 1:22-CR-00001-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>24 months' probation<br>$500 restitution |
| Sills, Geoffrey William | 1:21-CR-00040-TNM | 18 U.S.C. § 2111, 2<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1512(c)(2), 2 | 108 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 52 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

50

| | | | | |
|---|---|---|---|---|
| Shough, Geoffrey | 1:22-CR-00197-DLF | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$2,000 restitution |
| Miller, Adam | 1:22-CR-00191-RCL | 18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Steiner, Devin | 1:22-CR-00191-RCL | 18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Dressel, Joshua | 1:21-CR-00572-RDM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>$500 restitution |
| Williams, Riley | 1:21-CR-00618-ABJ | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 87 months' incarceration<br>36 months' supervised release<br>$3,039 restitution | 36 months' incarceration<br>36 months' supervised release<br>150 hours' community service<br>$2,000 restitution |
| Puma, Anthony | 1:21-CR-00454-PLF | 18 U.S.C. § 1512(c)(2), 2 | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Montoya, Samuel | 1:21-CR-00336-JDB | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>120 days' home detention<br>$500 restitution |
| Hopkins, Kasey | 1:22-CR-00317-TSC | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 4 months' incarceration<br>24 months' probation |
| Kenyon, Josiah | 1:21-CR-00726-CJN | 18 U.S.C. § 111(b) | 88 months' incarceration<br>36 months' probation<br>$41,315.25 restitution | 72 months' incarceration<br>36 months' probation<br>$43,315.25 restitution |

| | | | | |
|---|---|---|---|---|
| Price, Shawn | 1:22-CR-00106-CJN | 18 U.S.C. § 231(a)(3) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' & 1 day incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Cavanaugh, Brandon | 1:23-CR-00040-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' supervised release<br>14 days' home detention<br>$500 restitution |
| Stallings, Shelly | 1:21-CR-00178-APM | 18 U.S.C. § 231(a)(3) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' supervised release |
| Sanford, Robert | 1:21-CR-00086-PLF | 18 U.S.C. § 111(b) | 71 months' incarceration<br>36 months' supervised release | 52 months' incarceration<br>36 months' supervised release<br>$5,798 restitution |
| Weibling, Adam | 1:21-CR-00644-RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Cronin, Kevin | 1:22-CR-00233-ABJ | 40 U.S.C.§ 5104(e)(2)(D)<br>40 U.S.C.§ 5104(e)(2)(F)<br>40 U.S.C.§ 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>60 hours' community service<br>$500 restitution |
| Barnhart, Logan | 1:21-CR-00035-EGS | 18 U.S.C. § 111(b), 2 | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>$3,688 fine<br>$2,000 restitution |
| Adams, Howard | 1:22-CR-358-BAH | 18 U.S.C. § 231(a)(3) | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Riley, Michael | 1:21-CR-00628-ABJ | 18 U.S.C. § 1512(b)(2)(B)<br>18 U.S.C. § 1512(c)(1) | 27 months' incarceration<br>24 months' supervised | 24 months' probation<br>120 days' home detention<br>150 hours community services<br>$10,000 fine |
| Dennis, Robert Wayne | 1:21-CR-00679-JEB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | | |
| Gillespie, Vincent | 1:22-CR-00060-BAH | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 87 months' incarceration<br>36 months' supervised release | 68 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| McCaughey, Patrick Edward III | 1:21-CR-00040-TNM | 18 U.S.C.§ 111(a)(1), 2<br>18 U.S.C.§ 111(b)<br>18 U.S.C.§ 1512(c)(2), 2<br>18 U.S.C.§ 231(a)(3)<br>18 U.S.C.§ 1752(a)(2), (b)(1)(A)<br>18 U.S.C.§ 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D), 2<br>40 U.S.C.§ 5104(e)(2)(F) | 188 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Sobotka, Weston | 1:22-CR-00388-CJN | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' supervised release<br>60 hours community service<br>$500 restitution | 15 days' intermittent confinement<br>36 months' probation<br>$500 restitution |
| Bender, Luke | 1:21-CR-00508-BAH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* resentencing, 1512(c)(2), 2 was an original count of conviction | 21 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 364 days' incarceration (time served)<br>24 months' supervised release |

53

| | | | | |
|---|---|---|---|---|
| Mitchell, Landon | 1:21-CR-00508-BAH | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Allen, Chase | 1:22-CR-00361-DLF | 40 U.S.C. § 5104(e)(2)(F) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' probation<br>50 hours' community service<br>$500 restitution |
| Massie, Kenneth | 1:21-CR-00725-RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' supervised release<br>60 hours community service<br>$500 restitution | 30 days' home detention<br>24 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Vargas-Santos, Hector | 1:21-CR-00047-RDM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$2,500 fine<br>$500 restitution |
| Manley, Christian | 1:21-CR-00691-TSC | 18 U.S.C. § 111(b) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 50 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Therres, Jacob | 1:22-CR-00381-JEB | 18 U.S.C. § 111(b) | 84 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Colgan, Joshua | 1:22-CR-00224-DLF | 40 U.S.C. 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 28 days' incarceration<br>36 months' probation<br>90 days' home detention<br>$500 restitution |
| Hallon, Luis | 1:22-cr-00217-DLF | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours community service<br>$500 restitution |
| Mott, John | 1:21-CR-00464-RCL | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Nassif, John | 1:21-CR-00421-JDB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 months' incarceration<br>60 hours' community service<br>$500 restitution | 7 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Brown, Jeffrey | 1:21-CR-00178-APM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 54 months' incarceration<br>46 months' supervised release |
| Gould, John David | 1:22-CR-00311-RD | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>$500 restitution | 12 months' probation<br>60 days' home detention<br>60 hours' community service<br>$500 restitution |
| Sandoval, Deborah | 1:21-CR-00195-CKK | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>12 months' supervised release<br>$500 restitution | 5 months' incarceration<br>12 months' probation<br>$500 restitution |
| Cruz Jr, Lloyd | 1:22-CR-00064-RBW | 18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Sherrill, Grayson | 1:21-CR-00282-TSC | 18 U.S.C. § 111(b) | 41 months' incarceration<br>36 months' incarceration<br>$2,000 restitution | 7 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Chan, Mick | 1:21-CR-00668-TNM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(G) | 10 months' incarceration<br>12 months supervised release<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>5 months' home detention<br>12 months' supervised release<br>$500 restitution |
| Schwartz, Peter | 1:21-CR-00178-APM | 18 U.S.C. § 111(b)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 111(b), 2<br>18 U.S.C.§ 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A) | 294 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 170 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | | |
| Copeland, Landon | 1:21-CR-00570-APM | 18 U.S.C. § 111(a)(1) | 52 months' incarceration<br>36 months' supervised release | 36 months' incarceration<br>36 months' supervised release |
| Varney, Shelly | 1:22-CR-00372-JDB | 18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1) | 50 days' incarceration<br>12 months' supervised release<br>$500 restitution | 24 days' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Pomeroy, Michael | 1:22-CR-00183-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Speed, Hatchet | 1:22-CR-00244-TNM | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$10,000 fine<br>$2,000 restitution |
| Jones, Brian Raymond | 1:22-CR-00205-TJK | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| King, Patrick John | 1:22-CR-00205-TJK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Robinson, James | 1:22-CR-00267-DLF | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 6 months incarceration<br>$500 restitution |
| Colt, Josiah | 1:21-CR-00074-DLF | 18 U.S.C. § 1512(c)(2), 2 | 18 months' incarceration<br>36 months' probation<br>$1,000 restitution | 15 months' incarceration<br>36 months' probation<br>100 hours' community service |

| | | | | $1,000 restitution |
|---|---|---|---|---|
| DeGrave, Nathaniel | 1:21-CR-00088-DLF | 18 U.S.C. § 1512(k) <br> 18 U.S.C. § 111(a)(1), 2 | 37 months' incarceration <br> 36 months' supervised release <br> $50,000 fine <br> $2,000 restitution | 37 months' incarceration <br> 36 months' supervised release <br> $25,000 fine <br> $2,000 restitution |
| Morrison, Katharine | 1:21-CR-00334-TJK | 18 U.S.C. § 1512(c)(2), 2 | 18 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 8 months' incarceration <br> 24 months' supervised release <br> 8 months' home detention <br> $2,000 restitution |
| Shalvey, Dale Jeremiah | 1:21-CR-00334-TJK | 18 U.S.C. § 111(a)(1) <br> 18 U.S.C. § 1512(c)(2), 2 | 51 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 41 months' incarceration <br> 24 months' supervised release <br> $2,000 restitution |
| Stottlemyer, Tara Aileen | 1:21-CR-00334-TJK | 18 U.S.C. 1512(c)(2), 2 | 18 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 8 months' incarceration <br> 24 months' supervised release <br> 8 months' home detention <br> $2,000 restitution |
| Horvath, Ian | 1:22-CR-00344-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution | 36 months' probation <br> $500 restitution |
| Black, Joshua | 1:21-CR-00127-ABJ | 18 U.S.C. § 1752(a)(1), (b)(1)(A) <br> 18 U.S.C. § 1752(a)(2), (b)(1)(A) <br> 40 U.S.C. § 5104(e)(1)(A) <br> 40 U.S.C. § 5104(e)(2)(A) <br> 40 U.S.C. § 5104(e)(2)(D) | 60 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 20 months' incarceration <br> 24 months' supervised release <br> $2,000 restitution |
| Gerding, Christina | 1:21-CR-00131-DLF | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution | 24 months' probation <br> 60 hours' community service <br> $500 restitution |
| Gerding, Jason | 1:21-CR-00131-DLF | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution | 24 months' probation <br> 60 hours' community service <br> $500 restitution |
| Kit, William | 1:22-CR-00306-JMC | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration | 30 days incarceration |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(2) | 24 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' supervised release<br>$500 restitution |
| Hazard, Donald | 1:22-CR-00117-RDM | 18 U.S.C.§ 111(b) | 57 months' incarceration<br>36 months' supervised release<br>$450 fine<br>$2,000 restitution | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Baquero, Julio | 1:21-CR-00702-JEB | 18 U.S.C. § 231(a)(3) | 27 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$2,000 restitution | 18 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Lollar, Joshua | 1:21-CR-00152-TSC | 18 U.S.C. § 1512(c)(2), 2 | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Sirr, Bernard | 1:22-CR-00259-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752 (a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 10 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 2 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Grider, Christopher | 1:21-CR-00022-CKK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1361, 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 87 months' incarceration<br>36 months' supervised release<br>$5,044 restitution | 83 months' incarceration<br>36 months' supervised release<br>$5,044 restitution |
| Morss, Robert | 1:21-CR-00040-TNM | 18 U.S.C. §1211, 2<br>18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 1512(c)(2) | 109 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 66 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Barnett, Richard | 1:21-CR-00038-CRC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1),<br>(b)(1)(A) | 87 months' incarceration<br>36 months' supervised release<br>$25,000 fine<br>$2,000 restitution | 54 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br>18 U.S.C. § 641 | | |
|---|---|---|---|---|
| Bokoski, Bradley | 1:22-CR-00207-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>150 hours community service<br>$500 restitution |
| Bokoski, Matthew | 1:22-CR-00207-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>100 hours' community service<br>$500 restitution |
| Brockhoff, Nicholas J. | 1:21-CR-00524-CKK | 18 U.S.C. 111(b) | 51 months' incarceration<br>36 months' supervised release<br>$2,700 restitution | 36 months' incarceration<br>36 months' supervised release<br>$2,700 restitution |
| Lints, Luke | 1:22-CR-00259-TNM | 18 U.S.C. § 231(a)(3) | 10 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>4 months' home detention<br>$2,000 restitution |
| Rhodes III, Elmer Stewart | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1512(c)(1), 2 | 300 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$35,000 fine | 216 months incarceration<br>36 months supervised release |
| Meggs, Kelly | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1512(c)(1), 2 | 252 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$35,000 fine | 144 months' incarceration<br>36 months' supervised release |
| Watkins, Jessica | 1:22-CR-00015-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 231(a)(3), 2 | 216 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 102 months' incarceration<br>36 months' supervised release |
| Harrelson, Kenneth | 1:22-CR-00015-APM | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1512(c)(1) | 180 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>24 months' supervised release |

| | | | | |
|---|---|---|---|---|
| Bauer, Pauline | 1:21-CR-00386-TNM | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Shively, Barton Wade | 1:21-CR-00151-JMC | 18 U.S.C. § 111(a)(1) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Minuta, Roberto | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372 | 204 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 54 months' incarceration<br>36 months' supervised release |
| Vallejo, Edward | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372 | 204 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>12 months' home detention |
| Hazelton, Stephanie | 1:21-CR-00030-JDB | 18 U.S.C. 231(a)(3), 2 | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 10 days' incarceration<br>90 days' home detention<br>24 months' supervised release<br>$2,000 restitution |
| Mink, Jorden | 1:21-CR-00025-RDM | 18 U.S.C. § 641, 2<br>18 U.S.C. § 111(b) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Strand, John | 1:21-CR-00085-CRC | 18 U.S.C. 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 32 months' incarceration<br>36 months' supervised release<br>$10,000 fine<br>$2,000 restitution |
| Hackett, Joseph | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372 | 144 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>36 months' supervised release |
| Moerschel, David | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372 | 120 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release |

| Nix, Gregory | 1:21-CR-00678-BAH | 18 U.S.C. § 111(b) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
|---|---|---|---|---|
| Harris, Johnny | 1:21-CR-00274-RDM | 18 U.S.C. § 1752(a)(2) | 12 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 7 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Goodwyn, Daniel | 1:21-CR-00153-RBW | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>36 months' supervised release<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Carey, Thomas | 1:22-CR-00375-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' supervised release<br>$500 restitution | 14 days' intermittent confinement<br>36 months' probation<br>$500 restitution |
| Cronin II, Kevin | 1:22-CR-00233-ABJ | 40 U.S.C.§ 5104(e)(2)(D)<br>40 U.S.C.§ 5104(e)(2)(F)<br>40 U.S.C.§ 5104(e)(2)(G) | 60 days' incarceration<br>36 months' supervised release<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Roche, Michael | 1:22-CR-00086-BAH | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Niemela, Kirstyn | 1:22-CR-00025-CRC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 11 months' incarceration<br>12 months' supervised release<br>$3,672 fine<br>$500 restitution | 11 months' incarceration<br>12 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Chiguer, Stefanie | 1:22-CR-00025-APM | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>60 days' home detention<br>120 hours' community service<br>$500 restitution | 24 months' probation<br>120 hours' community service<br>$500 restitution |
| Maly, Markus | 1:21-CR-00178-BAH | 18 U.S.C.§ 111(a)(1)<br>18 U.S.C.§ 1752(a)(1)<br>18 U.S.C.§ 1752(a)(2)<br>18 U.S.C.§ 231(a)(3)<br>40 U.S.C.§ 5104(e)(2)(D) | 188 months' incarceration | 72 months' incarceration<br>36 months' supervision |

61

| | | | | |
|---|---|---|---|---|
| Cohen, Menachem | 1:22-CR-00393-DLF | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 hours' community service<br>$500 restitution |
| Walls-Kaufman | 1:22-CR-00216 -JMC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>$500 |
| Armstrong, Kenneth | 1:22-CR-00045-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>$500 restitution |
| Lovley, Paul E. | 1:23-CR-00019-TJK | 40 U.S.C. § 5104(e)(2)(D), (e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>$500 restitution |
| Slye, Mikhael | 1:22-CR-334-JEB | 18 U.S.C. § 111(a)(1) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>18 months' probation<br>$2,000 restitution |
| Wargo, Colton | 1:22-CR-00319-RCL | 40 U.S.C.§ 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Wargo, Kimberly | 1:22-CR-00319-RCL | 40 U.S.C.§ 5104(e)(2)(G) | 14 days' months incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' months incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Liu, Jia | 1:21-CR-00711-TJK | 18 U.S.C. 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months incarceration<br>12 months' supervised release<br>$500 restitution |
| Courson, Mason Joel | 1:21-CR-00035-RC | 18 U.S.C. 111(b), 2 | 87 months' incarceration<br>36 months' supervised release<br>$34,776 fine<br>$2,000 restitution | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Vogel, William | 1:21-CR-00056-CKK | 40 U.S.C. § 5104(e)(2) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service | 30 days' incarceration<br>36 months' probation |

| | | | | |
|---|---|---|---|---|
| | | | | $500 restitution |
| Adams Jr, Thomas | 1:21-CR-00354-APM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1512(c)(2), 2 | 34 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1)<br><br>*Post-*Fischer*<br>resentencing, 1512(c)(2), 2<br>was an original<br>count of conviction | 12 months' incarceration | 5 months' and 5 days' incarceration (credit time served)<br>12 months' supervised release<br>$500 restitution |
| Steele-Smith, Melody | 1:21-CR-00077-RDM | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 90 days' incarceration<br>36 months' probation<br>$500 restitution |
| Rodriguez, Daniel | 1:21-CR-00246-ABJ | 18 U.S.C. § 371<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b) | 168 months' incarceration<br>$98,927.18 restitution | 151 months' incarceration<br>36 months' supervised release<br>$98,927 restitution |
| Williams, Timothy W. | 1:22-CR-00265-RC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 641 | 15 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>6 months' home detention<br>12 months' supervised release<br>$500 restitution |
| Kovacik, Paul | 1:22-CR-00239-RBW | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>$500 restitution | 90 days' incarceration<br>36 months' probation<br>$500 restitution |
| | | | 90 days' incarceration<br>36 months' probation<br>$500 restitution | Resentenced[2]<br>90 days' incarceration (credit time served)<br>$500 restitution |
| Elliott, James Robert | 1:21-CR-00735-RCL | 18 U.S.C. § 111(a)(1) | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Gieswein, Robert | 1:21-CR-00024-TNM | 18 U.S.C. § 111(b) | 60 months' incarceration | 48 months' incarceration |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 111(b) | 36 months' supervised release $2,000 restitution | 36 months' supervised release $2,000 restitution |
| Heneghan, Jon | 1:22-CR-00061-RBW | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration 12 months' supervised release 60 hours' community service $500 restitution | 20 days' incarceration 12 months' supervised release $500 restitution |
| Jarrin, Raul | 1:22-CR-00153-RCL | 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration 36 months' supervised release 60 hours' community service $500 restitution | 30 days incarceration 36 months' supervised release 60 hours' community service $500 restitution |
| Kicinski, Carol | 1:22-CR-00061-RBW | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration 12 months' supervised release 60 hours' community service $500 restitution | 20 days' incarceration 12 months' supervised release $500 restitution |
| Owens, Grady Douglas | 1:21-CR-00286-BAH | 18 U.S.C. 111(a)(1) 40 U.S.C. 5104(e)(2)(D) | 42 months' incarceration 36 months' supervised release $2,000 restitution | 37 months' incarceration 24 months' supervised release $2,000 restitution |
| Owens, Jason Douglas | 1:21-CR-00286-BBAH | 18 U.S.C. 111(a)(1) 40 U.S.C. 5104(e)(2)(D) | 27 months' incarceration 36 months' supervised release $2,000 restitution | 24 months' incarceration 34 months' supervised release $2,000 restitution |
| Cantrell, Jared | 1:22-CR-00121-TNM | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) | 10 months' incarceration 24 months' supervised release $500 restitution | 6 months' incarceration 12 months' supervised release 4 months' home detention 100 hours' community service $500 restitution |
| Cantrell, Quentin | 1:22-CR-00121-TNM | 18 U.S.C. § 1752(a)(1) 40 U.S.C. § 5104(e)(2) | 60 days' months incarceration 36 months' supervised release 120 hours community service $500 restitution | 6 days' incarceration 12 months' supervised release 100 hours' community service $500 restitution |
| Wilson, Jodi Lynn | 1:22-CR-00243-CKK | 40 U.S.C. 5104(e)(2)(G) | 28 days' incarceration 36 months' supervised release 60 hours' community service $500 restitution | 20 days' incarceration 36 months' probation |
| Temple, Cole Andrew | 1:22-CR-00243-CKK | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration 36 months' supervised release 60 hours' community service | 36 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | |
| Chase, Gabriel | 1:23-CR-00018-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 3 days' intermittent confinement<br>36 months' supervised release<br>$500 restitution |
| Johnson, Joshua | 1:22-CR-00080-CRC | 18 U.S.C. § 1512(c)(2), 2 | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Ramey, Barry | 1:22-CR-00184-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3) | 108 months' incarceration<br>36 months' supervised release<br>$500 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bensch, Tyler | 1:23-CR-00180-TNM | 18 U.S.C. 1752(a)(2)<br>18 U.S.C. § 641, 2 | 9 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' home detention<br>24 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Rockholt, Jonathan | 1:23-CR-104-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 641 and 2 | 13 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 5 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Beddingfield, Matthew | 1:22-CR-00066-CJN | 18 U.S.C. § 111(a)(1) and (b) | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 38 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Clayton, Cale | 1:22-CR-00139-RCL | 18 U.S.C. § 111(a)(1) | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>24 months' supervised release |
| Brown, Gabriel | 1:23-CR-00009-CJN | 18 U.S.C.§ 1752(a)(2)<br>40 U.S.C.§ 5104(e)(2)(F) | 45 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 20 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Korte, Brian | 1:22-cr-00183-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>$500 restitution |
| Scott, Daniel | 1:21-CR-00292-RCL | 18 U.S.C. § 1512(c)(2) | 60 months' incarceration | 60 months' incarceration |

65

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 111(a) | 36 months' supervised release<br>$2,000 restitution | 36 months' supervised release<br>$2,000 restitution |
| Fitzsimons, Kyle | 1:21-CR-000158-RC | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 188 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Hager, Stacy Wade | 1:21-CR-00381-TSC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>$500 restitution | 7 months' incarceration<br>$500 restitution |
| Lyons, Kevin | 1:21-CR-00079- BAH | 18 U.S.C. § 1512(c)(2) and 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 56 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Southard-Rumsey, Audrey | 1:21-CR-00387-APM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 231(a)(3) | 72 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 72 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Valentin, Louis | 1:21-CR-00702-JEB | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>$500 restitution | 10 days' intermittent confinement<br>12 months' probation<br>$500 restitution |
| Smith, Justin Michael | 1:22-CR-00157-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Martinez, Victor | 1:23-CR-00039-TSC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104 (e)(2)(G) | 14 days' incarceration<br>36 months' supervised release | 14 days' incarceration<br>36 months' supervised release |

| | | | 60 hours' community service $500 restitution | 60 hours' community service $500 restitution |
|---|---|---|---|---|
| Alberts, Christopher | 1:21-CR-00026-CRC | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 1752(a)(1), (b)(1)(A) 18 U.S.C. § 1752(a)(2), (b)(1)(A) 18 U.S.C. § 1752(a)(4) 40 U.S.C. § 5104(e)(1)(A)(i) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(F) 22 D.D.C. § 4504(a) | 120 months' incarceration 36 months' supervised release $2,000 restitution | 84 months' incarceration 36 months' supervised release $2,000 restitution |
| Jurlina, Zvonimir | 1:23-CR-00083-RCL | 40 U.S.C. § 5104(e)(2)(F) | 14 days' incarceration 36 months' probation 60 hours' community service $500 restitution | 14 days' incarceration 24 months' probation $500 restitution |
| Greene, Michael | 1:21-CR-00028-APM | 18 U.S.C. § 1752(a)(1) | 12 months' incarceration 12 months' supervised release $500 restitution | 24 months' probation 60 hours' community service |
| Stager, Peter | 1:21-CR-00035-RC | 18 U.S.C. 111(b), 2 | 78 months' incarceration 36 months' supervised release $2,000 restitution | 52 months' incarceration 36 months' supervised release $2,000 restitution |
| Gundersen, Brian | 1:21-CR-00137-RC | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a) | 46 months' incarceration 36 months' supervised release $2,000 restitution | 18 months' incarceration 36 months' supervised release $2,000 restitution |
| Cua, Bruno | 1:21-CR-00107-RDM | 18 U.S.C. § 1512(c)(2), 2 18 U.S.C. § 111(a)(1) | 57 months' incarceration 36 months' supervised release $2,000 restitution | 12 months' & 1 day incarceration 36 months' supervised release $2,000 restitution |
| Gianos, Michael | 1:22-CR-00074-JMC | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration 36 months' supervised release 60 hours' community service $500 restitution | 24 months' supervised release 30 days' home detention |
| Sattler, Zachariah | 1:23-CR-00003-RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration | 30 days' incarceration |

| | | | 36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Bacon, Noah | 1:21-CR-00488-CRC | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(B)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Hart, Timothy Allen | 1:21-CR-00540-DLF | 18 U.S.C. § 231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' supervised release<br>$2,000 restitution |
| Sibick, Thomas | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 661 | 71 months' incarceration<br>36 months' supervised release<br>$7,500 restitution | 50 months' incarceration<br>36 months' supervised release<br>$7,500 restitution |
| Robinson II, Linwood | 1:22-CR-00251-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>$500 restitution |
| Robinson, Sr, Linwood | 1:22-CR-00251-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>$500 restitution |
| Robinson, Benjamin | 1:22-CR-00251-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 120 days' incarceration<br>$500 restitution |
| Robinson, Brittany | 1:22-CR-00251-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Escalera, Richard | 1:22-CR-00364-APM | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>$500 restitution | 7 days' intermittent confinement<br>24 months' probation |
| Grace, Jeffrey | 1:21-CR-00296-RDM | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release | 75 days' incarceration<br>12 months' supervised release |

| | | | 60 hours' community service<br>$500 restitution | $500 restitution |
|---|---|---|---|---|
| Calhoun, William | 1:21-CR-00116-DLF | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 34 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Sandoval, Salvador | 1:21-CR-00195-CKK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br>40 U.S.C. § 5104(e)(2)(F) | 88 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 88 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Hueso, Josiah | 1:22-CR-00225-CRC | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' supervised release<br>50 hours' community service<br>$500 restitution |
| Phipps, Daniel | 1:21-CR-00044-CJN | 18 U.S.C. § 111(a)(1);<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>36 months' supervised release |
| McNamara, James | 1:23-CR-00119-ABJ | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Doolin, Joshua | 1:21-CR-00447-CJN | 18 U.S.C. § 641<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 30 months' incarceration<br>36 months' supervised release<br>$4,052 restitution | 18 months' incarceration<br>36 months' supervised release |
| Perkins, Michael | 1:21-CR-00447-CJN | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b) | 90 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(F) | | |
| Weeks, Bradley | 1:21-CR-00247-TFH | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 10 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* resentencing, 1512(c)(2), 2 was an original count of conviction | 10 months' incarceration<br>24 months' supervised release<br>$2,000 restitution<br>$500 fine | 10 months' incarceration<br>9 months' supervised release<br>$2,000 restitution<br>$500 fine |
| Kelly, Leo Christopher | 1:21-CR-00708-RCL | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>30 months' supervised release<br>$2,000 restitution | 12 months' incarceration (time served)<br>12 months' supervised release<br>$5,000 fine<br>$500 restitution |

70

| | | | | |
|---|---|---|---|---|
| | | *Post-*Fischer* resentencing, 1512(c)(2), 2 was an original count of conviction | | |
| Gallman, Joei | 1:23-CR-00048-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 15 days' incarceration $500 restitution | 18 months' probation 50 hours' community service $500 restitution |
| Gallman, William | 1:23-CR-00048-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration $500 restitution | 18 months' probation 50 hours' community service $500 restitution |
| Rheiner, Narayana | 1:22-CR-00108-DLF | 18 U.S.C. § 231(a)(3) | 21 months' incarceration 36 months' supervised release $2,000 restitution | 15 months' incarceration 36 months' supervised release $2,000 restitution |
| Maimone, Debra | 1:21-CR-00289-RDM | 18 U.S.C. § 641 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2) (G) | 3 months' incarceration 12 months' supervised release 60 hours' community service $1,806 restitution | 24 months' supervised release $1,806 restitution |
| Vogel, Philip | 1:21-CR-00289-RDM | 18 U.S.C. § 641 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2) (G) | 5 months' incarceration 12 months' supervised release 60 hours' community service $1,806 restitution | 30 days' incarceration 24 months' supervised release $1,806 restitution |
| Watson, Jesse | 1:23-CR-00087-RBW | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration 60 hours' community service $500 restitution | 36 months' supervised release $500 restitution |
| Yoder, Isaac | 1:21-CR-00505-RCL | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration 36 months' supervised release 60 hours' community service $500 restitution | 12 months' incarceration 12 months' supervised release $500 restitution |
| Nordean, Ethan | 1:21-CR-000175-TJK | 18 U.S.C. § 238 18 U.S.C. § 1512(k) 18 U.S.C. § 1512(c)(2), 2 18 U.S.C. § 372 18 U.S.C. § 231(a)(3), 2 18 U.S.C. § 1361, 2 | 324 months' incarceration | 216 months' incarceration 36 months' supervised release |
| Tarrio, Enrique | 1:21-CR-000175-TJK | 18 U.S.C. § 2384 | 396 months' incarceration | 240 months' incarceration |

| | | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1361, 2 | | 36 months' supervised release |
|---|---|---|---|---|
| Meggs, Connie | 1:21-CR-00028-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1361, 2<br>18 U.S.C.§ 1752(a)(1) | 97-121 months' incarceration<br>36 months' supervised release<br>$500 restitution | 15 months' incarceration<br>36 months' supervised release<br>$500 restitution |
| Biggs, Joseph | 1:21-CR-000175-TJK | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1361, 2 | 396 months' incarceration | 204 months incarceration<br>36 months supervised release |
| Rehl, Zachary | 1:21-CR-000175-TJK | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1361, 2 | 360 months' incarceration | 180 months incarceration<br>36 months supervised release |
| Isaacs, William | 1:21-CR-00028-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1361,2<br>18 U.S.C.§ 1752(a)(1)<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 231(a)(3), 2 | 97-121 months' incarceration<br>36 months' supervised release<br>$500 restitution | 60 months' probation<br>18 months home detention<br>500 hours' community service |
| Pezzola, Dominic | 1:21-CR-000175-TJK | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1361, 2<br>18 U.S.C. § 1361, 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 2112 | 240 months' incarceration | 120 months incarceration<br>36 months supervised release |

| | | | | |
|---|---|---|---|---|
| Griffith, Anthony | 1:21-CR-00244-CKK | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Parker, Sandra | 1:21-CR-00028-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1361, 2<br>18 U.S.C.§ 1752(a)(1)<br>18 U.S.C. § 231(a)(3), 2 | 97-121 months' incarceration<br>36 months' supervised release<br>$500 restitution | 60 months' probation<br>12 months home detention<br>250 hours' community service |
| Parker, Bennie | 1:21-CR-00028-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1752(a)(1) | 78-97 months' incarceration<br>36 months' supervised release<br>$500 restitution | 60 months' probation<br>6 months' home detention<br>$1,000 fine |
| Galetto, Kevin | 1:21-CR-00517-CKK | 18 U.S.C. § 111(a)<br>18 U.S.C. § 231(a)(3) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Bonenberger, Jordan | 1:22-CR-00102-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>50 hours' community service<br>$500 restitution<br>$2,000 fine |
| Neely, Darrell | 1:21-CR-00642-JDB | 18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 33 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$844.93 restitution | 28 months' incarceration<br>12 months' supervised release<br>$844.93 restitution |
| Sheppard, Alexander | 1:21-CR-00203-JDB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br>18 U.S.C. § 1512(c)(2) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 19 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Leyden, Daniel | 1:22-CR-00314-TNM | 18 U.S.C. § 111(b) | 72 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 38 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Leyden, Joseph | 1:22-CR-00314-TNM | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release | 6 months' incarceration<br>12 months' supervised release |

| | | | $2,000 restitution | 40 hours' community service<br>$2,000 restitution |
|---|---|---|---|---|
| Machacek, Brennen | 1:23-CR-00121-JMC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>60 hours community service<br>$500 restitution | 12 months' probation<br>30 hours' community service<br>$500 restitution |
| McHugh, Sean Michael | 1:21-CR-00453-JDB | 18 U.S.C.§ 111(b)<br>18 U.S.C.§ 1512(c)(2), 2 | 123 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 78 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,000 restitution |
| Schulz, Kenneth | 1:23-CR-00077-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>18 months' probation<br>50 hours' community service<br>$500 restitution |
| Cronin, Dylan | 1:22-CR-00233-ABJ | 18 U.S.C. § 1361<br>18 U.S.C. § 1752(a)(1) | 12 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 8 months' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$500 restitution |
| Eisenhart, Lisa | 1:21-CR-00118-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 371<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(B)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Farnsworth, Isaiah | 1:23-CR-00004-APM | 18 U.S.C. § 1361 | 7 months' incarceration<br>36 months' supervised release<br>$11,860 restitution | 3 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$11,800 restitution |
| Munchel, Eric | 1:21-CR-00118-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(1)(A) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(B) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | | |
| Riley, Jorge | 1:21-CR-00069-APM | 18 U.S.C. § 1512(c)(2), 2 | 21 months' incarceration 36 months' supervised release $2,000 restitution | 18 months' incarceration 24 months' supervised release $2,000 restitution |
| Stedman, Patrick | 1:21-CR-00383-BAH | 18 U.S.C. § 1512(c)(2), 2 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G) | 78 months' incarceration 36 months' supervised release $2,000 restitution | 48 months' incarceration 36 months' supervised release $20,000 fine $2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G)  *Post-*Fischer* resentencing, 1512(c)(2), 2 was an original count of conviction | 30 months' incarceration 12 months' supervised release $2,000 restitution | 12 months' supervised release $20,000 fine $2,000 restitution |
| Etter, Jeffrey | 1:23-CR-00095-RBW | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration 60 hours' community service $500 restitution | 36 months' probation 400 hours community service $500 restitution |
| Hellonen, Dodge | 1:23-CR-00140-ACR | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration 60 hours' community service $500 restitution | 48 months' probation 279 hours' community service $500 restitution |
| Llamas, Saul | 1:23-CR-00020-TNM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration 36 months' supervised release $500 restitution | 18 months' probation 120 hours' community service $2,500 fine $500 restitution |
| Messer, Walter | 1:21-CR-00631-TJK | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration 24 months' supervised release $500 restitution | 90 days' home detention 60 hours' community service 24 months' probation $500 restitution |
| Rhine, David | 1:21-CR-00687-RC | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) | 12 months' incarceration 12 months' supervised release | 4 months' incarceration 12 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | $500 restitution | $7,376 restitution |
| Siemers, Jordan | 1:23-CR-00020-TNM | 40 U.S.C.§ 5104(e)(2)(G) | 60 days' home detention<br>36 months' supervised release<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$1,500 fine<br>$500 restitution |
| Coomer, Micah | 1:23-CR-00124-ACR | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>60 hours' community service<br>$500 restitution | 48 months' supervised release<br>279 hours' community service<br>$500 restitution |
| Shroyer, Jonathon | 1:21-CR-00542-TJK | 18 U.S.C. § 1752(a)(1) (2)<br>40 U.S.C. § 5104(e)(2)(D) | 120 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Abate, Joshua | 1:23-CR-00144-ACR | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>279 hours' community service<br>$500 restitution |
| Padilla, Joseph Lino | 1:21-CR-00214-JDB | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1),<br>(b)(1)(A)<br>18 U.S.C. § 1752(a)(2),<br>(b)(1)(A)<br>18 U.S.C. § 1752(a)(4),<br>(b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 171 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 78 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Pelham, Nathan | 1:23-CR-00150-JDB | 40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>60 hours' community service<br>$500 restitution | 152 days' incarceration (credit time served)<br>$500 restitution |
| Preller, Brian | 1:23-CR-00045-TMN | 18 U.S.C. § 231(a)(3) | 8 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' supervised release<br>40 hours' community service<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| St Cyr, Yvonne | 1:22-CR-00185-JDB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Yavoich, Andrew | 1:23-CR-00216-ACR | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>60 hours' community service<br>$500 restitution | 6 months' probation<br>60 hours' community service<br>$500 restitution |
| Weyer, Sandra | 1:22-CR-00040-JEB | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| | | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer*<br>resentencing, 1512(c)(2), 2<br>was an original count of<br>conviction | 9 months' home detention<br>12 months' supervised release | 12 months' supervised release<br>(credit time served)<br>240 hours' community service<br>$500 restitution |
| Brown, Keith | 1:23-CR-00197-BAH | 40 U.S.C. 5104(e)(2)(G) | 14 days' incarceration<br>60 hours' community service<br>$500 restitution | 60 days' intermittent confinement<br>36 months' supervised release<br>$500 restitution |
| Dodge, Russell | 1:23-CR-00034-JEB | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>60 hours' community service<br>$500 restitution | 9 months' probation<br>60 hours' community service<br>$500 restitution |
| Eicher, Jolene | 1:22-CR-00038-BAH | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 9 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 2 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Krauss, David | 1:23-CR-00034-JEB | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>60 hours' community service<br>$500 restitution | 9 months' supervised release<br>60 hours' community service<br>$500 restitution |

| Krauss, Nicholas | 1:23-CR-00034-JEB | 40 U.S.C. § 5104(e)(2)(G) | 75 days' home detention<br>60 hours' community service<br>$500 restitution | 9 months' supervised release<br>60 hours' community service<br>$500 restitution |
|---|---|---|---|---|
| Steele, Laura | 1:21-CR-00028-APM | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 372<br>18 U.S.C. § 1361, 2<br>18 U.S.C.§ 1752(a)(1)<br>18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1512(c)(1), 2 | 197-121 months' incarceration<br>36 months' supervised release<br>$500 restitution | 12 months' incarceration<br>6 months' home detention<br>36 months' supervised release<br>100 hours' community service |
| Ardolino, Vincent | 1:22-CR-00406-RBW | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 36 months' supervised release<br>400 hours' community service<br>$500 restitution |
| Adams, Michael | 1:21-CR-00430-TJK | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>$500 restitution | 60 days' incarceration<br>$500 restitution |
| Morgan Jr, Andrew | 1:21-CR-00313-TJK | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 110 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| MacAndrew, Danean | 1:21-CR-00730-CKK | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration<br>12 months' supervised release<br>$500 restitution | 90 days' incarceration<br>24 months' supervised release<br>$500 restitution |
| Munafo, Jonathan | 1:21-CR-00330-JEB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a) (1) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Milstreed, Rodney | 1:22-CR-00198-JEB | 18 U.S.C. § 111(b)<br>18 U.S.C. § 113(a)(4)<br>26 U.S.C. § 5861(d) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Sturgeon, Isaac | 1:21-CR-00091-RCL | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 135 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 72 months' incarceration<br>36 months' supervised release<br>$2,000 fine<br>$2,000 restitution |
| Badalian, Edward | 1:21-CR-00246-ABJ | 18 U.S.C. § 371 | 121 months' incarceration | 51 months' incarceration |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1) | 36 months' supervised release<br>$2,000 restitution | 36 months' supervised release<br>100 hours' community service<br>$2,000 restitution |
| Bingert, Craig | 1:21-CR-00091-RCL | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 135 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 96 months' incarceration<br>36 months' supervised release<br>$2,000 fine<br>$2,000 restitution |
| Zoyganeles, Athanasios | 1:22-CR-00149-JEB | 40 U.S.C 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>9 months' supervised release<br>$500 restitution |
| Montoni, Corinne | 1:23-CR-00195-RCL | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 days' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Ballenger, Cynthia | 1:21-CR-00719-JEB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>9 months' supervised release<br>$500 restitution |
| Cotton, William | 1:23-CR-00002-JEB | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>$500 restitution | 9 months' probation<br>60 hours' community service<br>$500 restitution |
| Watts, Nathan | 1:23-CR-00089-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 months' probation<br>50 hours' community service<br>$500 restitution |
| Price, Christopher | 1:21-CR-00719-JEB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 45 days' incarceration<br>9 months' supervised release<br>$500 restitution |
| Cole, Benjamin | 1:23-CR-00113-TNM | 18 U.S.C. § 231 | 11 months' incarceration | 14 days' intermittent confinement |

79

| | | | | |
|---|---|---|---|---|
| | | | 36 months' supervised release<br>$2,000 restitution | 48 months' probation<br>3 months' home detention<br>40 hours' community service<br>$2,000 restitution |
| Vassallo, Salvatore | 1:22-CR-00325-ABJ | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Woods, Shane Jason | 1:21-CR-00476-APM | 18 U.S.C. § 113(a)(4)<br>18 U.S.C. § 111(a)(1) | 71 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 54 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Weyer, Conlin | 1:22-CR-00169-JMC | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration | 18 months' probation<br>$500 restitution |
| Jenkins, Shane | 1:21-CR-00245-APM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1361<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 236 months' incarceration<br>36 months' supervised release<br>$5,176 restitution | 84 months' incarceration<br>36 months' supervised release<br>$5,176 restitution |
| Chang, Julio C | 1:21-CR-00703-RDM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 36 months' probation<br>45 days' home detention<br>$500 restitution |
| Cusick Jr., James | 1:21-CR-00575-JDB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 7 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>24 months' supervised release<br>60 hours' community service<br>$3,000 fine<br>$500 restitution |
| Cusick, Casey | 1:21-CR-00575-JDB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 9 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>24 months' supervised release<br>50 hours' community service<br>$3,000 fine |

| | | | | $500 restitution |
|---|---|---|---|---|
| Lesperance, David | 1:21-CR-00575-JDB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 7 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>24 months' supervised release<br>50 hours' community service<br>$3,000 fine<br>$500 restitution |
| Lizak, Jon | 1:23-CR-00163-CKK | 40 U.S.C. § 5104(e)(2)(G) | 75 days' incarceration<br>$500 restitution | 3 days' intermittent confinement<br>36 months' probation<br>50 hours' community service<br>$500 restitution |
| Wren, Donnie | 1:21-CR-00599-RBG | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1) | 51 months' incarceration<br>$37,000 restitution | 12 months' and 1 day incarceration<br>24 months supervised release |
| Smith, Thomas Harlan | 1:21-CR-00599-RBG | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 168 months' incarceration<br>$1,9495 fine<br>$2,000 restitution | 108 months' incarceration<br>36 months' supervised release<br>$37,085 fine |
| Powell, Rachel | 1:21-CR-00179-RCL | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1361<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A) | 96 months' incarceration<br>36 months' supervised release<br>$2,753 restitution | 57 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,753 restitution |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | | |
| Kelley, Ryan | 1:22-CR-00222-CRC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>$5,000 fine<br>$500 restitution |
| Howe, Joseph | 1:21-CR-00087-TJK | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 50 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Modrell, Paul | 1:23-CR-00001-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' supervised release<br>90 days' home detention<br>$1,500 fine<br>$500 restitution |
| Gray, Leslie | 1:22-CR-00338-DLF | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and 1 day incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Fatta, Renee | 1:23-CR-00217-CJN | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' supervised release<br>$250 fine<br>$500 restitution |
| Barber, Eric | 1:21-CR-00228-CRC | 40 U.S.C. § 5104(e)(2)(G)<br>22 D.C.C. § 3212 | 4 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$552.95 restitution | 45 days' incarceration<br>24 months' supervised release<br>$552.95 restitution |
| Rutledge, Macsen | 1:23-CR-00151-CRC | 40 U.S.C.§ 5104(e)(2)(G) | 30 days' home detention<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' supervised release<br>$500 restitution |
| Clark, Jacob Travis | 1:21-CR-00538-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)<br>18 U.S.C. § 1512(c)(2) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 33 months' incarceration<br>12 months' supervised release<br>$180 special assessment |

| | | | | |
|---|---|---|---|---|
| Harris, Richard | 1:21-CR-00189-CJN | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$605 special assessment | 41 months' incarceration<br>36 months' supervised release<br>$605 special assessment |
| Davis, James | 1:21-CR-00595-TJK | 18 U.S.C. § 111(a)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F)<br>18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$100 special assessment | 2 months' incarceration<br>24 months' supervised release<br>6 months' home detention<br>$2,000 fine<br>$100 special assessment |
| Stephens, Stacey | 1:23-CR-00134-TSC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>$500 fine<br>$500 restitution |
| Giberson, Larry | 1:23-CR-00115-CJN | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$100 special assessment | 2 months' incarceration<br>6 months' home detention<br>6 months' supervised release<br>$2,000 fine<br>$100 special assessment |
| Bochene, Eric | 1:21-CR-00418-RDM | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Peterson, Kurt | 1:21-CR-00427-CJN | 18 U.S.C. § 1752(a)(4), (b)(1)(A) | 3 months' incarceration<br>12 months' supervised release<br>$4,700 restitution<br>$100 special assessment | 45 days' incarceration<br>60 days' home detention<br>$4,700 restitution |
| Cappuccio, Steven | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 2111<br>18 U.S.C. § 231(a)(3) | 121 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$610 special assessment | 85 months' incarceration<br>24 months' supervised release<br>$610 fine<br>$2,000 restitution |

| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A) <br> 18 U.S.C. § 1752(a)(4), (b)(1)(A) <br> 40 U.S.C. § 5104(e)(2)(G) | | |
|---|---|---|---|---|
| Klein, Federico | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2 <br> 18 U.S.C. § 111(a)(1), 2 <br> 18 U.S.C. § 111(a)(1), 2 <br> 18 U.S.C. § 111(a)(1), 2 <br> 18 U.S.C. § 111(a)(1) <br> 18 U.S.C. § 1512(c)(2), 2 <br> 18 U.S.C. § 231(a)(3) <br> 18 U.S.C. § 1752(a)(2) <br> 18 U.S.C. § 1752(a)(4) <br> 40 U.S.C. § 5104(e)(2)(D),2 <br> 40 U.S.C. § 5104(e)(2)(F),2 | 120 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution <br> $47,187 fine | 70 months' incarceration <br> 24 months' supervised release <br> $2,000 restitution <br> $3,000 fine |
| Rodriguez, Edward | 1:21-CR-00483-DLF | 18 U.S.C. § 111(b) | 88 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 36 months' incarceration <br> 36 months' supervised release |
| Lockwood, Michael | 1:23-CR-00146-RDM | 18 U.S.C. § 111(a)(1) | 27 months' incarceration <br> 36 months' supervised release <br> $2,000 restitution | 12 months' and 1 day incarceration <br> 36 months' supervised release <br> $2,000 restitution |
| Moncada, Nicolas | 1:22-CR-00366-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution | 36 months' probation <br> $500 restitution |
| McGee, Brian Scott | 1:23-CR-00096-RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days intermittent confinement <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution | 7 days' intermittent confinement <br> 36 months' probation <br> 60 hours' community service <br> $500 restitution |
| Parks, Stewart | 1:21-CR-00411-APM | 18 U.S.C. § 641 <br> 18 U.S.C. § 1752(a)(1) <br> 18 U.S.C. § 1752(a)(2) <br> 40 U.S.C. § 5104(e)(2)(D) | 15 months' incarceration <br> 12 months' supervised release <br> 60 hours' community service <br> $617 restitution | 8 months' incarceration <br> 12 months' supervised release <br> $95 special assessment |

84

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(G) | | |
| Thomas, Kenneth | 1:21-CR-00552-DLF | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 109 months' incarceration<br>36 months' supervised release<br>$77,607 fine<br>$2,000 restitution | 58 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution |
| Dillard, Kaleb | 1:23-CR-00049-JMC | 18 U.S.C. 111(a)(1) | 18 months' incarceration<br>36 months' supervised release<br>$36,238 restitution | 10 months' incarceration<br>12 months' supervised release<br>$5,500 fine<br>$36,238.55 restitution |
| Hall, Joshua | 1:23-CR-00246-JMC | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>60 hours' community service<br>$200 fine<br>$500 restitution |
| Russell, Bobby | 1:23-CR-00029-APM | 18 U.S.C. §111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' & 1 day incarceration<br>24 months' supervised release<br>6 months' home detention<br>250 hours' community service<br>$2,000 fine |
| Buteau, Jaime | 1:21-CR-00489-RDM | 18 U.S.C. § 111(a)(1) | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 22 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Buteau, Jennifer | 1:21-CR-00489-RDM | 40 U.S.C. § 5104(e)(2)(G) | 120 days' incarceration<br>$500 restitution | 90 days' incarceration<br>$500 restitution |
| White, Victoria | 1:21-CR-00563-JDB | 18 U.S.C. § 231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 days' intermittent confinement<br>3 months' home detention<br>24 months' probation |
| Wilkerson, William | 1:23-CR-00249-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 24 months' probation<br>50 hours community<br>$500 restitution |
| Giustino, Frank | 1:23-CR-00016-JEB | 40 U.S.C. § 5104(e)(2)(G) | 4 months' incarceration<br>36 months' supervised release<br>60 hours' community service | 90 days' incarceration<br>$500 restitution |

| Name | Case No. | Charges | Sentence | Government Recommendation |
|---|---|---|---|---|
| | | | | $500 restitution |
| Tew, Tyler | 1:22-CR-00027-RMM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>12 months' supervised release,<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$2,000 fine<br>$500 restitution |
| Huttle, Matthew | 1:22-CR-00403-CRC | 18 U.S.C. § 1752(a)(1) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>$500 in restitution |
| Mooney-Rondon, Maryann | 1:21-CR-00722-JMC | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 641, 2 | 46 months' incarceration<br>36 months' supervised release<br>$3,657.51 restitution | 60 months' probation<br>12 months' home detention<br>350 hours' community service<br>$3,657.51 restitution<br>$7,500 fine |
| | | 18 U.S.C. § 641, 2<br><br>*Post-*Fischer* resentencing, 1512(c)(2) was an original count of conviction | 51 months' incarceration<br>36 months' supervised release<br>$3,657.51 restitution | 12 months' home detention<br>60 months' probation<br>350 hours' community service<br>$7,500 fine<br>$3,657.51 restitution |
| Rondon, Rafael | 1:21-CR-00722-JMC | 18 U.S.C. § 1512(c)(2), 2 | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' probation<br>18 months' home detention<br>350 hours' community service<br>$2,000 restitution |
| Ward, Sean | 1:23-CR-00271-CRC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>45 days' home detention<br>$500 restitution |
| Ciampi Jr., Louis Michael | 1:23-CR-00259-TJK | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>$500 restitution | 18 months' probation<br>60 hours' community service<br>$500 restitution |
| Johnson, Zachary | 1:22-CR-00011-RJL | 18 U.S.C. § 111(a)(1) | 50 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Kepley, Heather | 1:23-CR-00162-BAH | 18 U.S.C. § 1752(a)(1) | 5 months' incarceration<br>12 months' supervised release<br>$500 restitution | 28 days' intermittent confinement<br>36 months' probation<br>60 days' home detention |

| | | | | $1,500 fine<br>$500 restitution |
|---|---|---|---|---|
| Herrington, Dillion | 1:23-CR-00199-BAH | 18 U.S.C. § 111(a)(1) | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Pavlik, Joseph | 1:23-CR-00045-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A) | 13 months' incarceration<br>36 months' supervised release<br>$2,000 restitution. | 60 days' incarceration<br>6 months' home detention<br>24 months' supervised release<br>$6,000 fine<br>$2,000 restitution |
| Christie, Eric | 1:23-CR-00005-APM | 18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A) | 13 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 11 months' incarceration<br>36 months' supervised release |
| Keller, Klete | 1:21-CR-00104-RJL | 18 U.S.C. § 1512(c)(2) | 10 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' probation<br>6 months' home detention |
| Bartow, Travis | 1:22-CR-00358-RC | 40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>$500 restitution | 12 months' probation<br>60 days' home detention<br>60 hours' community service<br>$500 restitution |
| Webb, Frederick | 1:23-CR-00225-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 24 months' probation<br>14 days' intermittent confinement<br>$500 restitution |
| Hostetter, Alan | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512 (c)(2), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A) | 151 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 135 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Adams, Justin Dee | 1:22-CR-00350-JEB | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 17 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Ballard, Thomas | 1:21-CR-00553-RJL | 18 U.S.C. § 111(b) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 fine | 54 months' incarceration<br>36 months' supervised release<br>$2,000 fine |

| | | | | |
|---|---|---|---|---|
| Riddle, Thomas | 1:23-CR-00279-RCL | 18 U.S.C. § 1752(a)(2) | 90 days' incarceration<br>12 months' supervised release<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Krol, Matthew | 1:22-CR-00110-RC | 18 U.S.C. § 111(b) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months 'incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Sargent, Anthony | 1:21-CR-00639-DLF | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1361, 2<br>18 U.S.C. 1752(a)(1)<br>18 U.S.C. 1752(a)(2)<br>18 U.S.C. 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 46 months' incarceration<br>36 months' supervised release<br>$2,980 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2,980 restitution |
| Andrulonis, Ronald | 1:23-CR-00085-BAH | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution | 36 months' probation<br>14 days' intermittent confinement<br>60 days' home detention<br>$500 restitution |
| Christensen, Holly | 1:23-CR-00203-DLF | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Christensen, Scott | 1:23-CR-00203-DLF | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Carpenter, Sara | 1:21-CR-00305-JEB | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(E)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2)<br>dismissed | 66 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 22 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Donohoe, Charles | 1:21-CR-00175-TJK | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 111(a) | 35-43 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Clardy, Kevin | 1:23-CR-00294-RCL | 18 U.S.C. § 1752(a)(2) | 90 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Nealy, Mark | 1:23-CR-00278-TSC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>$500 restitution | 14 days' incarceration<br>$500 restitution |
| Mellis, Jonathan | 1:21-CR-00206-RDM | 18 U.S.C. § 111(b) | 60 months' incarceration<br>36 months' supervised release<br>$88,464 fine<br>$2,000 restitution | 51 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution |
| Stecher, Ezekiel | 1:21-CR-00720-RDM | 18 U.S.C. § 231(a)(3) | 90 days' incarceration<br>36 months' supervised release | 60 days' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Avirett, Richard | 1:23-CR-00191-JEB | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 fine | 30 days' incarceration<br>$500 restitution |
| Palm, Hunter | 1:21-CR-00393-RDM | 18 U.S.C. § 1752(a)(2) | 6 months' incarceration<br>12 months' supervised release<br>100 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Worrell, Christopher | 1:21-CR-00292-RCL | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1512(c), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(F) | 168 months' incarceration<br>36 months' supervised release<br>$181,000 fine<br>$2,000 restitution | 120 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Ball, David | 1:23-CR-00153-JDB | 40 U.S.C. § 5104(e)(2)(G) | 21 days' intermittent confinement<br>36 months' probation<br>60 hours' community service | 24 months' probation<br>60 hours' community service<br>$500 fine<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| | | | $500 restitution | |
| Bargar, Jerod | 1:23-CR-00078-RBW | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' probation<br>$4,000 fine<br>$2,000 restitution |
| Epps, James Ray | 1:23-CR-00321-JEB | 18 U.S.C. § 1752(a)(2) | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution | 12 months' probation<br>100 hours' community service<br>$500 restitution |
| Swoope, Ryan | 1:23-CR-00020-TNM | 18 U.S.C. § 111(a)(1) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months' incarceration<br>24 months' probation<br>$2,000 restitution |
| Horn, Stephen | 1:21-CR-00301-TJK | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 10 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 12 months' probation<br>90 hours' community service<br>$2,000 fine |
| Keen, William | 1:23-CR-00060-JMC | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 18 months' probation<br>$500 restitution |
| Fonticoba, Gilbert | 1:21-CR-00638-TJK | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3), 2 | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 48 months' incarceration<br>36 months' supervised release |
| Madden, Dominick | 1:21-CR-00055-JEB | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>$500 restitution | 20 days' incarceration<br>$500 restitution |
| Chrestman, William | 1:21-CR-00160-TJK | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 115(a)(1)(B) | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 55 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Christensen, Reed Knox | 1:21-CR-00455-RCL | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution |
| Isaacs, Traci | 1:22-CR-00338-DLF | 18 U.S.C. §1512(c)(1), 2 | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and 1 day incarceration<br>12 months' supervised release<br>$2,000 restitution |

90

| | | | | |
|---|---|---|---|---|
| Hawkins, Jacob | 1:23-CR-00264-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
| Jaure, Yesenia | 1:23-CR-00264-JDB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
| Matson, Israel Mark | 1:23-CR-00349-TJK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>45 days' home detention<br>60 hours' community service<br>$500 restitution |
| Bonawitz, Kenneth | 1:23-CR-00055-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) | 71 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Homol, Dillon | 1:23-CR-00050-JMC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 24 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>90 days' home detention<br>40 hours' community service<br>$4,000 fine<br>$500 restitution |
| Campanella, Cameron | 1:23-CR-00231-ACR | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 12 months' probation<br>$500 restitution |
| Lebrun, Matthew | 1:22-CR-00136-JMC | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
| Chwiesiuk, Karol | 1:21-CR-00536-ACR | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' restitution<br>12 months supervised release<br>60 hours community service<br>$500 restitution | 36 months' probation<br>90 days home detention<br>200 hours community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Chwiesiuk, Agnieszka | 1:21-CR-00536-ACR | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' restitution<br>8 months supervised release<br>60 hours community service<br>$500 restitution | 36 months' probation<br>90 days home detention<br>200 hours community service<br>$500 restitution |
| Bru, Marc | 1:21:CR-00352-JEB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(B)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 87 months incarceration<br>36 months supervised release<br>$7,946 fine<br>$2,000 restitution | 72 months' incarceration,<br>36 months' supervised release<br>$7,946 fine<br>$2,000 restitution |
| | | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(B)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* resentencing, 1512(c)(2) was an original count of conviction | 72 months' incarceration<br>36 months' supervised release<br>$10,709 fine<br>$2,000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$7,946 fine<br>$2,000 restitution |
| Konold, Cory | 1:21-CR-00160-TJK | 18 U.S.C. § 231(a)(3) | 3 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 days' incarceration<br>24 months supervised release<br>$2,000 restitution |
| Konold, Felicia | 1:21-CR-00160-TJK | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 45 days' incarceration<br>24 months supervised release<br>$2,000 restitution |
| Rahm, James III | 1:21-CR-00585-CRC | 18 U.S.C. § 1752(a)(2) | 4 months' incarceration<br>12 months supervised release<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>12 months supervised release<br>$500 restitution |
| Little, James | 1:21-CR-00315-RCL | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| | | | | Resentenced[2]<br>150 days' incarceration (credit time served – 90 days)<br>$500 restitution |
| Grace, Jonathan | 1:23-CR-00138-RBW | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,000 restitution |
| Mullins, Clayton | 1:21-CR-00035-RC | 18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release<br>$32,165.65 restitution | 30 months' incarceration<br>36 months' supervised release<br>$49,764 fine<br>$32,165.65 restitution |
| Celentano, Ralph | 1:22-CR-00186-TJK | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 135 months' incarceration<br>36 months' supervised release | 78 months' incarceration<br>36 months' supervised release |
| Mazzio, Anthony | 1:22-CR-00214-RCL | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |
| | | | | Resentenced[2]<br>46 months' probation (credit time served – 34 months) |
| Wyman, James | 1:23-CR-00243-RDM | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Columbus, Scott | 1:23-CR-00218-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Hamner, Thomas | 1:21-CR-00689-ABJ | 18 U.S.C. § 111(b), 2 | 84 months' incarceration<br>36 months' supervised release | 30 months' incarceration<br>36 months' supervised release<br>200 hours' community service |

---

[2] Resentenced to correct an invalid split sentence. See United States v. Little, 78 F.4th 453 (D.C. Cir. 2023).

| | | | | |
|---|---|---|---|---|
| Bartow, Katelyn | 1:22-CR-00358-RC | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 12 months' probation<br>3 month's home confinement<br>60 hours' community service<br>$1,113 fine<br>$500 restitution |
| Kahler, Ralph | 1:23-CR-00312-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>30 days' home detention<br>$1,098 fine<br>$500 restitution |
| O'Brien, Patrick | 1:23-CR-00311-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>90 days' home detention<br>100 hours' community service<br>$500 restitution |
| Harris, Austin | 1:23-CR-00155-RBW | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 36 months' probation<br>$5,000 fine<br>$500 restitution |
| Kahler, Suzanne | 1:23-CR-00313-RC | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>30 days' home detention<br>$1,098 fine<br>$500 restitution |
| Wyatt, Douglas | 1:23-CR-00215-RDM | 18 U.S.C. § 111(b) | 52 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Kasper, Riley | 1:22-CR-00148-RCL | 18 U.S.C. § 111(a)(1) | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Boulton, Zachariah | 1:23-CR-00284-JDB | 18 U.S.C. § 1752(a)(1) | 90 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 24 months' probation<br>$500 fine<br>$500 restitution |
| Yang, Tyng | 1:23-CR-00100-JDB | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months supervised release<br>$2,000 restitution | 6 days intermittent confinement<br>24 months' probation<br>$1,000 fine |

| | | | | $2,000 restitution |
|---|---|---|---|---|
| Miles, Steven | 1:22-CR-00136-JMC | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Beckley, Damon Michael | 1:21-CR-00285-JEB | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3), 2 | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Krill, Peter Jr. | 1:23-CR-00342-JEB | 18 U.S.C. § 231(a)(3) | 13 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Christmann, Daniel | 1:21-CR-00502-CKK | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 25 days' incarceration<br>$500 restitution |
| Fan, Alexander | 1:23-CR-00270-APM | 40 U.S.C. § 5104 (e)(2)(C) | 21 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$500 restitution |
| Tyner, Christian David | 1:23-CR-00361-RDM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>$500 restitution |
| Gray, Daniel Paul | 1:21-CR-00495-AMJ | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Rodriguez, Juan | 1:23-CR-00270-APM | 40 U.S.C. §5104(e)(2)(C)(i)<br>40 U.S.C. §5104(e)(2)(E) | 90 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>$500 restitution |
| Bradshaw, Brandon | 1:23-CR-00220-TJK | 18 U.S.C. § 1752(a)(2) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$500 fine<br>$500 restitution |

| Balhorn, Ronald | 1:23-CR-00114-ACR | 18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration<br>12 months' supervised release<br>$500 restitution | 100 days' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$500 restitution |
|---|---|---|---|---|
| Mylnarek, Kyle | 1:23-CR-00114-ACR | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 9 months' incarceration<br>12 months' supervised release<br>$500 restitution | 100 days' incarceration<br>12 months' supervised release<br>200 hours' community service<br>$500 restitution |
| Mock, Brian | 1:21-CR-00444-JEB | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 109 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 33 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Zerkle, Jacob | 1:22-CR-00100-RBW | 18 U.S.C. § 231(a)(1)<br>18 U.S.C. § 111(a)(3) | 34 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' supervised release<br>200 hours community service<br>$2,000 restitution |
| Farris, Jason | 1:23-CR-00068-AMJ | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Kuehne, Christopher | 1:21-CR-00160-TJK | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 75 days' incarceration<br>24 months' supervised release<br>60 days' home confinement<br>$2,000 restitution |

| Crowley, John | 1:23-CR-00045-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2) | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>6 months' home detention<br>36 months' supervised release<br>$7,000 fine |
|---|---|---|---|---|
| Hess, Cameron | 1:23-CR-00086-RCL | 18 U.S.C. § 231(a)(3) | 12 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Nhi Ngoc, Mai Le | 1:23-CR-00317-TSC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>$1,000 fine<br>$500 restitution |
| Belger, Melanie | 1:23-CR-00198-ACR | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>$500 restitution | 36 months' probation<br>250 hours' community service<br>$4,000 fine<br>$500 restitution |
| Estey, Michelle | 1:23-CR-00198-ACR | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 36 months' probation<br>250 hours' community service<br>$2,000 fine<br>$500 restitution |
| Reyher, Jessica | 1:23-CR-00138-RBW | 18 U.S.C. § 231(a)(3) | 9 months' incarceration<br>36 months' supervised release<br>$2,000 Restitution | 90 days' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Reyher, Arthur | 1:23-CR-00138-RBW | 18 U.S.C. § 231(a)(3) | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 8 months' incarceration<br>36 months' supervised release<br>200 hours community service<br>$2,000 |
| Foy, Michael | 1:21-CR-00108-TSC | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1512(c)(2) | 97 months' incarceration<br>36 months' supervised release<br>$88,464 fine<br>$2,000 restitution | 40 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| McAbee, Ronald Colton | 1:21-CR-00035-RC | 18 U.S.C. § 111(a)<br>40 U.S.C. § 5104(e)(2)(F) | 37 months' incarceration<br>36 months' supervised release<br>$2,965 fine<br>$2,000 restitution | 70 months' incarceration<br>36 months' supervised release<br>$32,165 restitution |

| | | | | |
|---|---|---|---|---|
| Sabol, Jeffrey | 1:21-CR-00035-RC | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 2111<br>18 U.S.C. § 111(b), 2 | 42 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 63 months' incarceration<br>36 months' supervised release |
| Fellows, Brandon | 1:21-CR-00083-TNM | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(D) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Roe, Christopher | 1:23-CR-00277-CKK | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1) | 71 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 70 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Mackrell, Clifford | 1:21-CR-00276-CKK | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>24 months' supervised release |
| Higgins, Dusty | 1:23-CR-00059-RDM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' intermittent confinement<br>36 months' supervised release<br>50 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' supervised release<br>50 hours' community service<br>$500 restitution |
| Fiol, Frederic | 1:23-CR-00196-RCL | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>$500 restitution | 45 days' incarceration<br>24 months' probation<br>$500 restitution |
| Mackrell, Michael | 1:21-CR-00276-CKK | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Pooler, Thomas | 1:24-CR-00075-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>24 months' probation<br>$500 restitution | 12 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Villanueva, Angel | 1:24-CR-00016-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>36 months' probation<br>$500 restitution | 4 months' incarceration<br>24 months' probation<br>$500 restitution |
| Jackson, Adam | 1:22-CR-00230-RC | 18 U.S.C. § 111(a)(1) | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 52 weeks' intermittent confinement<br>52 months' home detention<br>36 months' probation<br>$4,392 fine<br>$2,000 restitution |
| Von Keudell, Nicholas | 1:23-CR-00221-CRC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>100 hours' community service<br>$500 restitution |
| Johnatakis, Taylor | 1:21-CR-00091-RCL | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 108 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 87 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Tippett, Cody Lee | 1:23-CR-00337-CRC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>$500 restitution |
| Dillard, Brandon Kelly | 1:23-CR-00076-CRC | 18 U.S.C. § 1752(a)(2) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Morrissey, Daniel | 1:21-CR-00660-RBW | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>90 days' home detention<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>$2,500 fine<br>$500 restitution<br>Resentenced[2]<br>36 months' probation<br>$500 restitution |

| | | | | 200 hours community service |
|---|---|---|---|---|
| Harrower, Eric | 1:23-CR-00240-JEB | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 10 days' intermittent confinement<br>12 months' probation<br>50 hours' community service<br>$500 restitution |
| Vo, Anthony | 1:21-CR-00509-TSC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 11 months' incarceration<br>12 months' supervised release<br>$500 restitution | 9 months' incarceration<br>12 months' supervised release<br>$1,000 fine |
| Adams, Dennis | 1:23-CR-00396-TSC | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 45 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Portlock, Joshua | 1:22-CR-00067-CJN | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 20 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Peery, Brandon | 1:23-CR-00207-DLF | 18 U.S.C. § 1752(a)(1) | 14 days' intermittent confinement<br>36 months' probation<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Williams, Elliot | 1:23-CR-00375-CRC | 18 U.S.C. § 1752(a)(2) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Elizalde, David | 1:23-CR-00170-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days' intermittent confinement<br>36 months' probation<br>60 hours community service | 30 days' home detention<br>$2,500 fine |
| Miller, Scott | 1:22-CR-00412-TSC | 18 U.S.C. § 111(b) | 71 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 66 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Kinnison, Derek | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 96 months' incarceration<br>36 months' supervised release<br>$48,411 fine<br>$2,000 restitution | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Warner, Erik | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 96 months' incarceration<br>36 months' supervised release<br>$15,827 fine<br>$2,000 restitution | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Martinez, Felipe Antonio | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 78 months' incarceration<br>36 months' supervised release<br>$30,315 fine<br>$2,000 restitution | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Mele, Ronald | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 96 months' incarceration<br>36 months' supervised release<br>$39,402 fine<br>$2,000 restitution | 33 months' incarceration<br>36 months supervised release<br>$2,000 restitution |
| Dragoo, Kimberly | 1:23-cr-00208-BAH | 40 U.S.C. § 5104(e)(2)(G) | 21 days' intermittent confinement<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' supervised release<br>$5,000 fine<br>$500 restitution |
| Dragoo, Steven | 1:23-CR-00208-BAH | 40 U.S.C. § 5104(e)(2)(G) | 14 days' intermittent confinement<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>36 months' supervised release<br>$5,000 fine<br>$500 restitution |
| Easterday, Isreal | 1:22-CR-00404-JEB | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 111(a)(1) and (b), 2<br>18 U.S.C. § 111(a)(1) and (b), 2<br>18 U.S.C. § 1752(a)(1), (b)(1)(A) and 2 | 151 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>T | 30 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A) and 2<br>18 U.S.C. § 1752(a)(4), (b)(1)(A) and 2<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | | |
| Gietzen, David Joseph | 1:22-CR-00116-CJN | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 1752(a)(1), (b)(1)(a)<br>18 U.S.C. § 1752(a)(2), (b)(1)(a)<br>18 U.S.C. § 1752(a)(4), (b)(1)(a)<br>40 U.S.C. § 5104(e)(2)(F) | 121 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 72 months' incarceration<br>36 months' supervised release |
| DaSilva, Matthew | 1:21-CR-00564-CJN | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 41 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 28 months' incarceration<br>6 months' supervised release |
| DiGiovanni, Gene | 1:23-CR-00444-JEB | 18 U.S.C. § 1752(a)(1) | 30 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Hendrix, Nicholas | 1:21-CR-00426-CKK | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' incarceration<br>36 months' probation<br>Resentenced[2]<br>42 months' probation |
| Duong, Long | 1:23-CR-00219-DLF | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution | 36 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Miller, Julie | 1:23-CR-00219-DLF | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' supervised release<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Pearston, Donald | 1:23-CR-00454-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 restitution | 10 days' incarceration<br>9 months' probation<br>$1,000 fine<br>$500 restitution |
| Sullivan, John | 1:21-CR-00078-RCL | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. §5104(e)(1)(A)(i)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 87 months' incarceration<br>36 months' supervised release<br>$90,875 fine<br>$2,000 restitution | 72 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Whitton, Jack Wade | 1:21-CR-00035-RC | 18 U.S.C. 111(b) | 97 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Nichols, Ryan | 1:21-CR-00117-RCL | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>A fine<br>$2,000 restitution | 63 months' incarceration<br>36 months' supervised release<br>$200,000 fine<br>$2,000 restitution |
| Barron, Nancy | 1:22-CR-00089-ZMF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 6 months' home detention<br>36 months' probation<br>$500 restitution |
| Taylor, Russell | 1:21-CR-00392-RCL | 18 U.S.C. § 1512(k) | 52 months' incarceration<br>36 months' supervised release<br>$25,000 fine<br>$2,000 restitution | 6 months' home detention<br>36 months' probation<br>$2,000 restitution |

| Ciarpelli, Albert | 1:23-CR-00398-CKK | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 90 days' incarceration<br>12 months' supervised release<br>$500 restitution |
|---|---|---|---|---|
| Hanna, Steven | 1:23-CR-00272-TJK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' home detention<br>24 months' probation<br>$500 fine<br>$500 restitution |
| Hanna, Robert | 1:23-CR-00272-TJK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 45 days' home detention<br>24 months' probation<br>$500 fine<br>$500 restitution |
| Brackley, Matthew | 1:24-CR-00009-CJN | 18 U.S.C. § 111(a)(1) | 28 months' incarceration<br>36 months' supervised release | 15 months' incarceration<br>24 months' supervised release<br>$1,000 fine<br>$2,000 restitution |
| Smither, David Evan | 1:24-CR-00015-JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>50 hours' community service<br>$725 fine<br>$500 restitution |
| Dillon, Michael | 1:23-CR-00108-TSC | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| MacCracken, Avery | 1:22-CR-00010-RJL | 18 U.S.C. § 231(a)(3) | 14 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bozell, Leo Brent | 1:21-CR-00216-JDB | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1361<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2))<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 140 months' incarceration<br>36 months' supervised release<br>$4,729.00 restitution | 45 months' incarceration<br>$4,729 restitution |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(G) | | |
| Barber, Steven | 1:23-CR-00409-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Cramer, Esvetlana | 1:23-CR-00414-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Holmes, Sarah Kathleen | 1:24-CR-00090-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 fine | 12 months' probation<br>$1,000 fine<br>$500 restitution |
| Legros, Christina | 1:23-CR-00069-CKK | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>$500 restitution | 96 days' incarceration (credit time served)<br>6 months supervised release<br>$500 restitution |
| Ondulich, Stephen | 1:23-CR-00242-APM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 45 days' home detention<br>36 months' probation<br>60 hours' community service<br>$1,000 fine<br>$500 restitution |
| Weston, Tucker | 1:23-CR-00174-RBW | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>26 months' supervised release | 24 months' incarceration<br>36 months' supervised release |
| Amsini, Daniel | 1:23-CR-00423-CJN | 18 U.S.C. § 641 | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$749 restitution | 45 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$749 restitution |

105

| | | | | |
|---|---|---|---|---|
| Quaglin, Christopher | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 2111, 2<br>18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 2111, 2<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D), 2<br>40 U.S.C. § 5104(e)(2)(F), 2 | 168 months' incarceration<br>36 months' supervised release<br>$82,000 fine<br>$2,000 restitution | 144 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Coker, Joshua | 1:23-CR-00362-TNM | 18 U.S.C. § 1752(a)(2) | 7 months' incarceration<br>24 months' supervised release<br>60 hours' community service<br>$500 restitution | 8 months' home detention<br>36 months' probation |
| Fisher, Joseph | 1:23-CR-00305-RDM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 20 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Harkrider, Alex Kirk | 1:21-CR-00117-RCL | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D) | 36 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(G) | | |
| Todd III, John George | 1:22-CR-00166-BAH | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 151 months' incarceration<br>36 months' supervised release<br>$4,541.68 restitution | 60 months' incarceration<br>36 months' supervised release<br>$4,541.68 restitution |
| Taake, Andrew | 1:21-CR-00498-CJN | 18 U.S.C. § 111(a)(1) and (b) | 78 months' incarceration<br>36 months' supervised release<br>$66,339 fine<br>$2,000 restitution | 74 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Curl, Jason | 1:23-CR-00253-JDB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>50 hours' community service<br>$1,000 fine<br>$500 restitution |
| Clark, Eric | 1:22-CR-00409-APM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>$16,879 fine<br>$500 restitution | 5 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Azari, Farhad | 1:23-CR-0251-RCL | 18 U.S.C. § 111(b)(1)<br>18 U.S.C. § 231(a)(3) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Azari, Farbod | 1:23-CR-0251-RCL | 18 U.S.C. § 111(b)(1)<br>18 U.S.C. § 231(a)(3) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 50 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| O'Brien, Scott Alan | 1:24-CR-00206-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 hours' community service<br>$1,000 fine<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Yates, Ryan Keith | 1:23-CR-372-TNM | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2,000 restitution | 6 months' incarceration<br>3 months' home detention<br>24 months' supervised release<br>$2,000 restitution |
| Nolf, Anthony | 1:23-CR-00162-BAH | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 3 months' incarceration<br>5 months' home detention<br>31 months' supervised release<br>$2,000 restitution |
| Reyna, Ruben | 1:23-CR-00350-CKK | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' probation<br>$500 restitution | 14 days' incarceration<br>12 months' probation<br>$500 restitution |
| Sylvester, Kymberly | 1:24-CR-00102-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$500 restitution |
| Huttle, Dale | 1:22-CR-00403-CRC | 18 U.S.C. § 111(a)(1) and (b) | 85 months' incarceration<br>36 months' supervised release | 30 months' incarceration<br>24 months' supervised release.<br>$3,639 restitution |
| Clary, Xyan | 1:23-CR-00432-RBW | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$1,800 fine<br>200 hours' community service<br>$500 restitution |
| Clary, Nico | 1:23-CR-00432-RBW | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>24 months' probation<br>60 hours' community service,<br>$500 restitution | 36 months' probation<br>$1,800 fine<br>200 hours' community service<br>$500 restitution |
| Valdez, Daniel | 1:24-CR-00086-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 36 months' probation<br>$500 restitution |

| Colello, Robert | 1:24-CR-00059-JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>$500 restitution | 12 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Mastanduno, Anthony | 1:23-CR-00434-TSC | 18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 72 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 57 months' incarceration<br>24 months' supervised release<br>Restitution to be determined |
| McNulty, Devin | 1:23-CR-00235-TSC | 18 U.S.C. § 111(a)(1) | 24 months' incarceration<br>36 months' supervised release<br>$2,000 fine | 12 months and one day' incarceration<br>24 months' supervised release<br>60 hours' community service<br>$2,000 fine |
| Wilkinson, Ulises | 1:23-CR-00283-JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>40 hours' community service<br>$500 restitution |
| Bournes, Patrick | 1:23-CR-00035-RC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>24 months' supervised release<br>$2,000 restitution<br>fine | 4 months' incarceration<br>24 months' supervised release<br>$16,600 fine<br>$2,000 restitution |
| Chambers II, Raymond | 1:23-CR-00300-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration<br>12 months' probation.<br>$500 restitution | 7 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Keen, Quinn | 1:23-CR-00226-TJK | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Adkins, Miles | 1:24-CR-00273-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 days' intermittent incarceration<br>24 months' probation<br>$1,000 fine<br>$500 restitution |
| Cholod, Raymond | 1:23-CR-00185-APM | 18 U.S.C. § 111(a)(1) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 40 months' incarceration<br>36 months' supervised release |
| Wilson, Gary | 1:21-CR-00046-RDM | 18 U.S.C. § 641 | 3 months' incarceration<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>$500 restitution |
| Healion, Brian | 1:23-CR-00230-TJK | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$1,000 restitution | 100 days' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Kumer, Kyle | 1:23-CR-00237-CJN | 18 U.S.C. § 231(a)(3), 2 | 15 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 10 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Tate, Curtis Logan | 1:24-CR-00092-CRC | 18 U.S.C. § 111(a)(1) | 78 months' incarceration<br>36 months' supervised release<br>$3,176 restitution | 63 months' incarceration<br>36 months' supervised release<br>$3,176 restitution |
| St. Onge, Alan | 1:23-CR-00237-CJN | 18 U.S.C. § 231(a)(3) | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Stover, William | 1:23-CR-00237-CJN | 18 U.S.C. § 231(a)(3) | 14 months' incarceration<br>36 months' probation<br>$2,000 restitution | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Nelson, Derek | 1:24-CR-00074-CJN | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 75 days' incarceration<br>12 months' supervised release<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Bishop, Tonya | 1:23-CR-00416-TJK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>80 hours' community service<br>$500 restitution |
| Schubert, John Anthony | 1:24-CR-00077-CRC | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Bonney, Jonathan | 1:24-CR-00017-APM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>12 months' supervised release<br>$500 fine | 12 months' supervised release<br>60 hours community service<br>$70 fine<br>$500 restitution |
| Tedesco, Timothy | 1:24-CR-00128-BAH | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 restitution | 90 days' home detention<br>36 months' probation<br>$10,000 fine<br>$500 restitution |
| Offman, Spencer | 1:24-CR-00066-TSC | 18 U.S.C. § 1752(a)(1) | 45 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution | 30 days' incarceration<br>12 months' supervised release<br>60 hours community service<br>$500 restitution |
| Gill, Tony | 1:21-CR-00449-TSC | 18 U.S.C. § 1752(a)(1) | 2 months' incarceration<br>6 months' supervised release<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>6 months' supervised release<br>$1,000 fine<br>$500 restitution |
| Dodder, Derek | 1:24-CR-00074-CJN | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 14 days' incarceration<br>12 months' probation<br>$500 restitution |
| Casselman, Thomas | 1:24-CR-00111-DLF | 18 U.S.C. § 111(a)(1) | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Brody, Joseph | 1:24-CR-00067-DLF | 18 U.S.C. § 231<br>18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>50 hours' community service<br>$2,000 restitution |
| Dykes, Tyler Bradley | 1:23-CR-00266-BAH | 18 U.S.C. § 111(a)(1) and (b) | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 57 months' incarceration<br>36 months' supervised release<br>$20,000 fine<br>$2,000 restitution |
| Martin, Marcus | 1:23-CR-00353-JDB | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1) | 34 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 32 months' incarceration<br>24 months' supervised release<br>60 hours' community service<br>$2,000 restitution |
| Cook, Steven | 1:23-CR-00340-TNM | 18 U.S.C. § 111(a)(1) | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 28 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Bowling, Marissa | 1:23-CR-00425-APM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation |
| Bowling, Dylan | 1:23-CR-00425-APM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>24 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation |
| Nester, Lynnwood | 1:22-CR-00183-TSC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>A fine<br>$500 restitution | 10 months' incarceration<br>12 months' supervised release<br>$500 fine<br>$500 restitution |
| Kovsky, Adam | 1:24-CR-00065-LLA | 18 U.S.C. § 1752 (a)(1) | 30 days' incarceration<br>12 months' supervised release<br>A fine<br>$500 restitution | 36 months' probation<br>100 hours' community service<br>$500 restitution |
| Parmenter, Joshua | 1:23-CR-00404-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 5 days' incarceration<br>12 months' supervised release<br>100 hours' community service<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Pulaski, Curtis | 1:24-CR-00103-TJK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |
| Yetman, Gregory | 1:24-CR-00093-JEB | 18 U.S.C. § 111(a)(1) | 45 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>18 months' supervised release<br>$2,000 restitution |
| Keniley, Christopher | 1:24-CR-00001-TSC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>12 months' probation<br>$500 restitution |
| Knowles, Joshua | 1:22-CR-00297-TJK | 18 U.S.C. § 1752(a)(2) | 9 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 7 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Fournier, Michael | 1:24-CR-00081-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>36 months' supervised release<br>$500 restitution | 1 month' incarceration<br>12 months' supervised release<br>100 hours community service<br>$500 restitution |
| Ackerman, Richard Zachary | 1:24-CR-00060-TJK | 18 U.S.C. § 641<br>18 U.S.C. § 231(a)(3) | 10 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 3 days' incarceration<br>24 months' supervised release<br>10 months' home detention |
| Purkel, Colby | 1:23-CR-00448-JEB | 18 U.S.C. § 231(a)(3) | 6 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 21 days' incarceration<br>12 months' supervised release<br>100 hours community service<br>$2,000 restitution |
| Heffelfinger, Benjamin | 1:24-CR-00051-RC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>2 months' home detention<br>60 hours community service<br>$500 restitution |
| Jackson, Brian | 1:22-CR-00230-RC | 18 U.S.C. §111(a)(1) | 52 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Arredondo, David | 1:22-CR-00373-RCL | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 40 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 33 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Dempsey, David | 1:21-CR-00566-RCL | 18 U.S.C.§ 111(a)(1) and (b) | 262 months' incarceration<br>36 months' supervised release<br>A fine<br>$2,000 restitution | 240 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Lavrenz, Rebecca | 1:23-CR-00066-ZMF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 10 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 6 months' probation<br>6 months' home detention<br>$103,000 fine<br>$500 restitution |
| Runner, Rally | 1:23-CR-00357-JMC | 18 U.S.C. § 231(a)(3) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 10 months' incarceration<br>24 months' supervised release<br>$1,000 fine<br>$2,000 restitution |
| Kincaid, Clive | 1:23-CR-00308-CJN | 18 U.S.C. § 1752(a)(1) | 2 months' incarceration<br>12 months' supervised release<br>$876 fine<br>$500 restitution | 9 months' probation<br>3 months' home detention<br>$876 fine<br>$500 restitution |
| Honigford, Matthew | 1:24-CR-00078-TSC | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 19 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Harrington, Daniel | 1:24-CR-00175-TSC | 18 U.S.C. § 641<br>40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours community service<br>$500 restitution | 45 days' incarceration<br>6 months' probation<br>$500 restitution |
| Mongelli, Amanda | 1:23-CR-00390-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |

| Rushing, Valerie | 1:23-CR-00390-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>$500 restitution |
|---|---|---|---|---|
| Hamilton, Zylas | 1:24-CR-00153-RDM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$100 fine<br>$500 restitution |
| Howard, David Brian | 1:24-CR-00047-APM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>12 months' supervised release<br>$500 fine<br>$500 restitution | 24 days' probation<br>60 hours' community service<br>$500 restitution |
| Gutierrez, Christopher | 1:24-CR-00184-LLA | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 day's home detention<br>$1,500 fine<br>$500 restitution |
| Horan, Corey | 1:24-CR-00005-RDM | 18 U.S.C. § 1752(a)(1) | 21 days' incarceration<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>60 days' home detention<br>60 hours' community service<br>$500 restitution |
| Johnson, Andrew | 1:22-CR-00414-JEB | 18 U.S.C. §§ 1752(a)(1)<br>18 U.S.C. §§ 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 18 months' incarceration<br>12 months' supervised release<br>$2336 fine<br>$500 restitution | 12 months' incarceration<br>12 months' supervised release<br>$2336 fine<br>$500 restitution |
| Biondo, Francis | 1:23-CR-00431-JEB | 18 U.S.C. § 1752(a)(1) | 15 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>120 hours' community service<br>$500 restitution |
| Dowell, Robert | 1:23-CR-00335-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$1,000 fine<br>$500 restitution |
| Wilson, Dan Edwin | 1:23-CR-00427-DLF | 18 U.S.C. § 372<br>18 U.S.C. § 922(g)(1) | 60 months' incarceration<br>36 months' supervised release | 60 months' incarceration<br>36 months' supervised release |

| | | | | |
|---|---|---|---|---|
| | 1:24-CR-00238-DLF | 18 U.S.C. § 924(a)(2)<br>26 U.S.C. § 5841<br>26 U.S.C. § 5861(d)<br>26 U.S.C. § 5871 | $2,000 restitution | $2,000 restitution |
| Cook, Richard | 1:23-CR-00138-RBW | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(E)<br>40 U.S.C. § 5104(e)(2)(F) | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Asbury, Michael | 1:23-CR-00236-RC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Sparks, Michael | 1:21-CR-00087-TJK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) was an<br>original count of conviction | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 53 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Green, Leah | 1:24-CR-00160-TSC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 7 days' incarceration<br>36 months' probation<br>$500 restitution |
| Mamulashvili, Giorgi | 1:24-CR-00165-JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>60 days' community service<br>$500 restitution |
| Amyot, Edward | 1:24-CR-00172-APM | 18 U.S.C. § 1752(a)(2) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 days' home detention<br>$5,000 fine<br>$500 restitution |
| Jakubowski, Dominic | 1:24-CR-00172-APM | 18 U.S.C. § 1752(a)(2) | 3 months' incarceration<br>12 months' supervised release | 24 months' probation<br>60 days' home detention |

116

| | | | | |
|---|---|---|---|---|
| | | | 60 hours' community service<br>$500 restitution | $5,000 fine<br>$500 restitution |
| Bishop, Bryan | 1:23-CR-00400-TJK | 18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 45 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| | | | | |
| Borgerding, Therese | 1:21-CR-00631-TJK | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 13 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | 50 days' incarceration<br>130 days' home detention<br>36 months supervised release<br>$2,000 restitution |
| Delbridge III, Johnny A. | 1:24-CR-00148-CJN | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation | 24 months' probation<br>$500 fine<br>$500 restitution |
| Delbridge Jr., John A. | 1:24-CR-00148-CJN | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation | 24 months' probation<br>$500 fine<br>$500 restitution |
| Jones, Robert Walter | 1:24-CR-00110-BAH | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 fine | 36 months' probation<br>$2,500 fine<br>$500 restitution |
| Jones, Karen Jane | 1:24-CR-00110-BAH | 18 U.S.C. § 1752(a)(1) | 21 days' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 fine | 36 months' probation<br>$2,500 fine<br>$500 restitution |
| Matulich, Matthew | 1:24-CR-00272-JEB | 18 U.S.C. § 641 | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 3 months' incarceration<br>9 months' supervised release<br>40 hours' community service<br>$500 restitution |
| Starer, Jacquelyn | 1:23-CR-00260-TJK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 9 months' incarceration<br>9 months' home detention<br>9 months' supervised release<br>$2,000 fine<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | | |
| Baer, Nathan | 1:23-CR-00236-RC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release | 4 months' incarceration<br>4 months' home detention<br>24 months' supervised release<br>$2,000 restitution |
| Borum, Joshua | 1:24-CR-00301-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>100 hours' community service<br>$2,000 fine<br>$500 restitution |
| Beals, William F. II | 1:23-CR-00369-JMC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 8 months' incarceration<br>12 months' supervised release<br>$500 restitution | 36 months' probation<br>90 days' home detention<br>72 hours' community service<br>$500 restitution |
| Valdez, Payton | 1:24-CR-00137-DLF | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>36 months' probation<br>$500 restitution |
| McMahan, Kyle | 1:24-CR-00155-TSC | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>200 hours' community service<br>$2,000 restitution | 19 months' incarceration<br>12 months' supervised release<br>100 hours' community service<br>$2,000 restitution |
| Lamotta, Antonio | 1:22-CR-00320-JMC | 18 U.S.C. § 231(a)(3)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 6 months' incarceration<br>24 months' supervised release<br>30 hours' community service<br>$2,000 restitution |
| Purkel, Jr., Willard | 1:23-CR-00448-JEB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 8 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2,000 restitution | 60 days' incarceration<br>9 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Johnson, Jack Mitchell | 1:23-CR-00325- TSC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>100 hours' community service<br>$500 restitution | 7 days' incarceration<br>12 months' probation<br>60 hours' community service<br>$500 restitution |
| Seitz, Ethan | 1:21-CR-00279-DLF | 18 U.S.C. § 1752(a)(2)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) was an original count of conviction | 12 months' incarceration<br>12 months' supervised release<br>$500 fine | 36 months' probation<br>60 days' home detention<br>$500 fine |
| Hoffman, Luke | 1:23-CR-00329-RDM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release<br>$2,000 fine | 20 months' incarceration<br>36 months' supervised release<br>$2,000 fine |
| Brooks, Glenn Allen | 1:21-CR-00503-RCL | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>$2,000 fine<br>$500 restitution |
| Fraize, Judy | 1:24-CR-00267-ACR | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>100 hours' community service<br>$500 restitution |
| Silva, Benjamin John | 1:23-cr-35-RC | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>24 months' supervised release<br>4 months' home detention<br>60 hours community service<br>$2,000 restitution |
| Blythe, Jason | 1:21-CR-00537-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 5104(e)(2)(F) | 108 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Grant, James Tate | 1:21-CR-00537-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(C)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* | 108 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | sentencing, 1512(c)(2) was an original count of conviction | | |
| Johnson, Paul Russell | 1:21-CR-00537-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) was an original count of conviction | 108 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 60 months' probation<br>12months intermittent incarceration<br>36 months' supervised release<br>$25,000 fine<br>$2,000 restitution |
| Randolph, Steven | 1:21-CR-00537-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 111(a)(1)<br>40 U.S.C. § 5104(e)(2)(F) | 135 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 96 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Resnick, Elliot | 1:23-CR-00443-RC | 18 U.S.C. § 231(a)(3) | 11 months incarceration<br>24 months supervised release<br>$2,000 restitution | 4 months incarceration<br>24 months supervised release<br>$8,539 fine<br>$2,000 restitution |
| Dunfee, William | 1:23-CR-0036-RBW | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) was an original count of conviction | 48 months' incarceration<br>24 months' supervised release<br>$2,000 restitution | 30 months incarceration<br>36 months supervised release<br>$10,000 fine<br>$2,000 restitution |
| Zink, Ryan | 1:21-CR-0191-JEB | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) was an original count of conviction | 24 months' incarceration<br>12 months supervised release<br>$12,179 fine<br>$500 restitution | 3 months' incarceration<br>12 months' supervised release<br>50 hours of community service<br>$500 restitution |
| Ethridge, Tyler | 1:22-CR-0254-RC | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 53 months' imprisonment<br>36 months' supervised release<br>$2,000 restitution | 7 months' incarceration<br>7 months' home detention<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| | | *Post-*Fischer* sentencing, 1512(c)(2) was an original count of conviction | | |
| Ortt, Nicholas | 1:24-CR-0224-LLA | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36months' supervised release<br>$2,000 fine | 27 months' incarceration<br>36 months' supervised release<br>$2,000 fine |
| Staples, Eric | 1:24-CR-0183-RC | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' supervised release<br>$500 restitution | 24 months' probation,<br>2 months' home confinement<br>60 hours community service<br>$500 restitution |
| Woehl, Patrick | 1:24-CR-0083-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>$500 restitution | 6 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Vy, Freedom | 1:23-cr-0405-TJK | 18 U.S.C. § 1752(a)(1) | 100 days' incarceration<br>12 months 'supervised release<br>$500 restitution | 50 days' incarceration<br>12 months' supervised release<br>$500 fine<br>$500 restitution |
| Hicks, Joseph Kerry | 1: 23-CR-0399-JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 6 months' incarceration<br>36 months' probation<br>60 hours community service | 24 months' probation<br>100 hours community service |
| Fontaine, Kelly Lynn | 1:24-CR-0072-RBW | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 21 days' incarceration<br>36 months' probation<br>$1,000 fine<br>$500 restitution |
| Dula, Brian | 1:24-CR-0072-RBW | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>$500 restitution |
| Groseclose, Jeremy | 1:21-CR-0311-CRC | 18 U.S.C. § 231<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* | 57 months' incarceration<br>36 months' supervised release<br>$41,265 fine<br>$2,000 restitution | 40 months' incarceration<br>24 months' supervised release<br>$5,000 fine<br>TBD restitution |

121

| | | | | |
|---|---|---|---|---|
| | | sentencing, 1512(c)(2) was an original count of conviction | | |
| Oliveras, Michael | 1:21-CR-718-BAH | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) was an original count of conviction | 68 months' incarceration<br>36 months' supervised release<br>$2,000 fine | 60 months' incarceration<br>36 months' supervised release<br>$2,000 fine |
| Weeks, James | 1:24-CR-0131-BAH | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,774 restitution | 27 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,774 restitution |
| Jennings, Allan | 1:24-CR-0203-RBW | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1361 | 15 months' incarceration<br>36 months' supervised release<br>$2,825 restitution | 12 months' incarceration<br>36 months' supervised release<br>$1,000 fine<br>$2,825 restitution |
| Daniele, Michael | 1:23-CR-0143-APM | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 11 months' incarceration<br>12 months' supervised release<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>$2,500 fine<br>$500 restitution |
| Orta, Paul | 1:24-CR-0146-DLF | 18 U.S.C. § 231(a)(3) | 12 months' incarceration<br>36 months' supervised release | 6 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |
| Muntzer, Henry | 1:21-CR-0105-JMC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) and 2 dismissed | 54 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>12 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Reierson, Robin | 1:23-CR-00437-RBW | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>36 months' supervised release<br>$5,000 fine<br>$2,000 restitution |
| Lapoint, Joseph Julius | 1:24-CR-00241-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 19 days' incarceration<br>12 months' probation<br>80 hours' community service<br>$500 restitution |
| Bell, Dana | 1:24-CR-00271-TJK | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 17 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Davis, Curtis | 1:24-CR-00198-AMP | 18 U.S.C. § 111(a)(1) | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>36 months' supervised release<br>6 months' home detention<br>$2,000 restitution |
| Camargo, Samuel | 1:21-CR-00070-ABJ | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 6 months' incarceration (credit time served)<br>6 months' supervised release<br>$500 restitution |
| Suenram, Chad | 1:23-CR-00290-ACR | 18 U.S.C. § 1752(a)(1) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 14 days' intermittent confinement<br>24 months' probation<br>$500 restitution |
| Middleton, Mark | 1:21-CR-00367-RDM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) and 2 dismissed | 87 months' incarceration<br>36 months' supervised release<br>A fine<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 fine |

| Middleton, Jalise | 1:21-CR-00367-RDM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) and 2 dismissed | 87 months' incarceration<br>36 months' supervised release<br>A fine<br>$2,000 restitution | 20 months' incarceration<br>36 months' supervised release<br>$2,000 fine |
| Caloia, Paul | 1:24-CR-00004-RDM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>60 days' home confinement<br>60 hours' community service<br>$500 restitution |
| Kastner, Jared Samuel | 1:21-CR-00725-MAU | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 5 months' incarceration<br>12 months' supervised release |
| Mahoney, Shawn | 1:24-CR-00098-TNM | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 fine | 24 months' probation<br>45 days' home detention<br>60 hours' community service<br>$500 restitution |
| Schaffer, Jon | 1:21-CR-00306-APM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br><br>*Post-*Fischer*<br>sentencing, 1512(c)(2) remains | 36 months' probation<br>$2,000 restitution | 36 months' probation<br>120 hours' community service<br>$1,000 restitution |
| Berry, Caleb | 1:21-CR-00460-APM | 18 U.S.C. § 371<br>18 U.S.C. § 1512(c)(2)<br><br>*Post-*Fischer* | 36 months' probation<br>$2,000 restitution | 36 months' probation<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| | | sentencing, 1512(c)(2) remains | | |
| Johnston, Jay | 1:23-CR-00237-CJN | 18 U.S.C. § 231 | 18 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' and<br>1 day incarceration<br>24 months' supervised release<br>40 hours' community service<br>$2,000 restitution |
| Clapp, Cameron | 1:24-CR-00207-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' supervised release<br>40 hours' community service<br>$500 restitution | 12 months' probation<br>100 hours' community service<br>$500 restitution |
| Milliner, Randolph | 1:24-CR-00236-ACR | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>200 hours' community service<br>$500 fine<br>$500 restitution |
| Hodges, Sandra Lee | 1:24-CR-00152-CKK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 3 months' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 10 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Bates, David Michael | 1:24-CR-00008-RC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Montgomery, Patrick | 1-21-CR-00046-RDM | 18 U.S.C. 111(a)(1)<br><br>*Post-*Fischer* sentencing, 1512(c)(2), 2 was an original count of conviction | 41 months' incarceration<br>36 months' supervised release<br>$2,000 restitution<br>$400 fine | 37 months' incarceration<br>36 months' supervised release<br>TBD restitution |
| Campbell, Kyle Andrew | 1:24-CR-00268-RDM | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 4 months' incarceration<br>4 months' home detention<br>36 months' supervised release |

| | | | | $2,000 restitution |
|---|---|---|---|---|
| Chambers, Jack | 1:24-CR-00313-JDB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>fine as appropriate | 30 months' supervised release<br>50 hours' community service<br>$500 restitution<br>$500 fine |
| Dine, John Matthew | 1:24-CR-00259- JMC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 12 months' probation<br>$500 restitution<br>$500 fine |
| Weeks, Troy | 1:23-CR-00035-RC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(E) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 21 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Schmidt, Adrian | 1:23-CR-00276-ACR | 18 U.S.C. § 231(a)(3) | 14 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Meacham, Odin | 1:23-CR-00287-JDB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2)), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(F) | 96 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 72 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Duong, Fi | 1:21-CR-00541-PLF | 18 U.S.C. § 231(a)(3) | 4 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 36 months' probation<br>50 hours' community service<br>$2,000 restitution |
| Brinson, Paul | 1:23-CR-00358-CRC | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service | 30 days' incarceration<br>12 months' probation<br>$500 restitution |

| | | 40 U.S.C. § 5104(e)(2)(G) | $500 restitution | |
|---|---|---|---|---|
| Wakeford, Jeffrey | 1:24-CR-00258-CJN | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>120 hours' community service<br>$500 restitution |
| Fuller, William Irvin | 1:24-CR-00285-BAH | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service | 60 days' home confinement<br>36 months' probation |
| Avery, Jaimee | 1:24-CR-0079-CRC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 18 months' probation<br>$500 restitution |
| Avery, Daniel | 1:24-CR-0079-CRC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>$500 restitution | 14 days' incarceration<br>18 months' probation<br>$500 restitution |
| Lichnowski, Anna | 1:23-CR-00341-RBW | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 45 days' incarceration<br>36 months' probation<br>200 hours' community service<br>$2,500 fine<br>$500 restitution |
| Alam, Zachary | 1:21-CR-00190-DLF | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. §5104(e)(2)(D)<br>40 U.S.C. §5104(e)(2)(F)<br>40 U.S.C. §5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 136 months' incarceration<br>36 months' supervised release<br>$4,484 restitution | 96 months' incarceration<br>36 months' supervised release<br>$4,484 restitution |
| Rockey, Christopher | 1:24-CR-00104-RC | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Joseph, Micaiah | 1:23-CR-00035-RC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(1)<br>18 U.S.C. § 1752(2)<br>18 U.S.C. § 1752(4)<br>40 U.S.C. § 5104(e)(2)(E) | 60 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 37 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Klein, Matthew | 1:21-CR-00237-RDM | 18 U.S.C. § 231(a)(3), 2<br>18 U.S.C. § 1752(a)(1)<br><br>*Post-*Fischer* sentencing,<br>1512(c)(2) dismissed | 9 months' incarceration<br>A fine<br>$3,000 restitution | 3 months' incarceration (credit time<br>served – 53 days)<br>36 months' supervised release<br>$3,000 restitution |
| Allen, Terry | 1:23-CR-00261-APM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 1752(a)(1),<br>(b)(1)(A)<br>18 U.S.C. § 1752(a)(2),<br>(b)(1)(A)<br>18 U.S.C. § 1752(a)(4),<br>(b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 70 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 24 months' incarceration<br>24 months' supervised release<br>$1,000 restitution |
| Kohler, Matthew | 1:24-CR-00237-RBW | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' supervised release<br>200 hours' community service<br>$500 restitution<br>$5,000 fine |
| Bard, Kyler | 1:23-CR-00084 | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F) | 27 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2,000 restitution | 12 months' and 1 day incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Smith, Bryan | 1:23-CR-00071-RDM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4) | 78 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 34 months' incarceration<br>36 months' supervised release<br>$2,000 fine |

| | | 40 U.S.C. § 5104(e)(2)(F) | | |
|---|---|---|---|---|
| Richmond, Edward | 1:24-CR-00320-JDB | 18 U.S.C. § 111(a)(1) and (b) | 63 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Maurer, Christopher | 1:23-CR-00145-JEB | 18 U.S.C. § 111(a)(1) and (b) | 54 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 50 months' incarceration<br>24 months' supervised release<br>$2,000 restitution |
| Ulrich, Brian | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(c)(2)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) remains | 8 months' home detention<br>36 months' probation<br>120 hours' community service<br>$2,000 restitution | 6 months' home detention<br>36 months' probation<br>120 hours' community service<br>$2,000 restitution |
| Rash, Zach | 1:23-CR-298-RDM | 18 U.S.C. § 111(a)(1) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Tryon-Castro, Casey | 1:23-CR-00035-RC | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 2111,2<br>18 U.S.C. § 111(a)(1), 2<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(E) | 80 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 31 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Sahady, Mark | 1:21-CR-00134-CJN | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 10 months' incarceration<br>12 months' supervised release<br>$500 restitution | 5 months' home detention<br>12 months' probation<br>60 hours' community service<br>$2,000 fine |
| Beyeler, Natalie | 1:24-CR-00100-ACR | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 fine | 48 months' probation<br>100 hours' community service<br>$500 fine |

| | | | | |
|---|---|---|---|---|
| Blackwood, Thomas | 1:24-CR-00303-ACR | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>$500 fine | 48 months' probation<br>100 hours' community service<br>$500 fine |
| Graham, Daryl | 1:24-CR-00366-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>$500 fine | 9 months' probation<br>100 hours' community service<br>$500 fine |
| Verdun Sr., Randy | 1:24-CR-00319-CRC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>$500 fine | 24 months' probation<br>$1,500 fine<br>$500 restitution |
| Young, Cindy | 1:23-CR-00241-GMH | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 10 months' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>2 months' home detention<br>12 months' supervised release<br>$4,000 fine<br>$500 restitution |
| Williams, Dustin | 1:24-CR-00209-BAH | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 22 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Maxwell, Jake | 1:22-CR-00099-RJL | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2) | 12 months' incarceration<br>36 months' supervised release<br>restitution | 6 months' home detention<br>18 months' probation<br>120 hours' community service<br>$1,500 restitution |
| Taylor, Christopher | 1:24-CR-00064-RDM | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' probation<br>60 hours' community service | 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Lee, Justin | 1:23-CR-00368-TNM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D) | 68 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 18 months' incarceration<br>12 months' supervised release<br>$7,500 fine |
| Dolan, Jason | 1:21-CR-00028-APM | 18 U.S.C. § 371<br>18 U.S.C. § 1512(c)(2) | 36 months' probation<br>120 hours' community service<br>$2,000 restitution | 36 months' probation<br>$2,000 restitution |

| | | *Post-*Fischer* sentencing, 1512(c)(2) remains | | |
|---|---|---|---|---|
| Young, Graydon | 1:21-CR-00028-APM | 18 U.S.C. § 371 18 U.S.C. § 1512(c)(2)  *Post-*Fischer* sentencing, 1512(c)(2) remains | 36 months' probation 120 hours' community service $2,000 restitution | 36 months' probation 120 hours' community service $2,000 restitution |
| Harrington, Douglas | 1:23-CR-00298-JEB | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 18 U.S.C. § 1752(a)(4) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(F)  *Post-*Fischer* sentencing, 1512(c)(2) dismissed | 96 months' incarceration 36 months' supervised release $2,000 restitution | 40 months' incarceration 36 months' supervised release $2,000 restitution |
| Waynick, Jerry McKane | 1:23-CR-00175-TJK | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 111(a)(1) and (b) 18 U.S.C. § 1752(a)(1), (b)(1)(a) 18 U.S.C. § 1752(a)(2), (b)(1)(a) 18 U.S.C. § 1752(a)(4), (b)(1)(a) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(F) 40 U.S.C. § 5104(e)(2)(G) | 109 months' incarceration 36 months' supervised release $2,000 restitution | 30 months' incarceration 36 months' supervised release $2,000 restitution |
| Waynick, Mark | 1:23-CR-00175-TJK | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) and (b) 18 U.S.C. § 1752(a)(1), (b)(1)(a) | 88 months' incarceration 36 months' supervised release $2,000 restitution | 54 months' incarceration 36 months' supervised release $2,000 restitution |

131

| | | 18 U.S.C. § 1752(a)(2), (b)(1)(a)<br>18 U.S.C. § 1752(a)(4), (b)(1)(a)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | | |
|---|---|---|---|---|
| LaCount, Tricia | 1:23-CR-00386-RBW | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>12 months' supervised release<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Klein, Jonathanpeter | 1:21-CR-00237-RDM | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 26 months' incarceration<br>36 months' supervised release<br>$3,000 restitution | 9 months' incarceration<br>36 months' supervised release<br>$3,000 restitution |
| Copeland, Jonathan | 1:23-CR-00224-DLF | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1), (b)(1)(a)<br>18 U.S.C. § 1752(a)(2), (b)(1)(a)<br>18 U.S.C. § 1752(a)(4), (b)(1)(a)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 108 months' incarceration<br>36 months' supervised release<br>$3,000 restitution | 71 months' incarceration<br>36 months' supervised release<br>$3,000 restitution |
| Terino, Troy | 1:24-CR-00297-RC | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 4 months' home detention<br>36 months' probation<br>60 hours' community service<br>$700 fine<br>$500 restitution |
| Garcia, Gabriel | 1:21-CR-129-ABJ | 18 U.S.C. § 231(a)(3)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 48 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Grillo, Phillip Sean | 1:21-CR-690-RCL | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 24 months' incarceration<br>36 months' supervised release<br>$500 restitution | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Coppotelli, Robert | 1:24-CR-181-JEB | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>12 months' probation<br>$500 restitution | 9 months' probation<br>120 hours' community service<br>$500 restitution |
| Rae, Paul | 1:21-CR-378-TJK | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 24 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 14 months' incarceration<br>36 months' supervised release<br>$2,000 fine |
| Roberts, Michael Tyler | 1:23-CR-00417-APM | 18 U.S.C. § 111(a)(1) | 27 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 15 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Markey, Richard | 1:23-CR-00417-APM | 18 U.S.C. § 111(a)(1) and (b) | 54 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 30 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Purdy, Matthew | 1:22-CR-00010-RCL | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 90 days' incarceration<br>12 months' probation<br>60 hours' community service<br>Fine requested | 90 days' incarceration<br>$2,000 fine |
| Winegeart, Dova | 1:22-CR-00301-CJN | 18 U.S.C. § 1361 | 12 months' incarceration<br>36 months' supervised release<br>$2,729 fine | 4 months' incarceration<br>12 months' supervised release<br>$1,000 fine |
| Spencer, Christopher | 1:21-CR-00147-CKK | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 9 months' incarceration<br>12 months' supervised release<br>$500 restitution |

| | | *Post-*Fischer* sentencing, 1512(c)(2), 2 was an original count of conviction | | |
|---|---|---|---|---|
| Carter Connell, Cody Page | 1:21-CR-00084-PLF | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2), 2 was an original count of conviction | 51 months' incarceration 36 months' supervised release $2,000 restitution | 26 months' incarceration 36 months' supervised release $2,000 fine |
| Adams, Daniel Page | 1:21-CR-00084-PLF | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2), 2 was an original count of conviction | 51 months' incarceration 36 months' supervised release $2,000 restitution | 26 months' incarceration 36 months' supervised release $2,000 fine |
| Marroquin, Michael | 1:23-CR-00338-JEB | 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 40 U.S.C. § 5104(e)(2)(A) 40 U.S.C. § 5104(e)(2)(D) 40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 10 months' incarceration 24 months' supervised release $500 restitution | 6 months' incarceration 12 months' supervised release $500 restitution |

| | | | | |
|---|---|---|---|---|
| Livingston, John | 1:24-CR-00006-DLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 9 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 70 days' intermittent confinement<br>36 months' probation<br>$500 restitution |
| Himber, Charles Taylor | 1:24-CR-00094-LLA | 18 U.S.C. § 231(a)(3) | 11 months' incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2000 restitution | 4 months' intermittent incarceration<br>36 months' supervised release<br>100 hours' community service<br>$2000 restitution |
| Obest, Adam Ryan | 1:23-CR-00267-APM | 18 U.S.C. § 231<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(G) | 51 months' incarceration<br>36 months' supervised release | 18 months' incarceration<br>36 months' supervised release |
| Rotella, Brett | 1:23-CR-00303-RDM | 18 U.S.C. § 231<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(E) | 60 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 38 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Bowman, David Worth | 1:23-CR-00139-BAH | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 15 months' incarceration<br>36 months' supervised release<br>$500 restitution | 2 months' incarceration<br>4 months' home confinement<br>12 months' supervised release<br>$500 restitution |
| Carnell, Christopher | 1:23-CR-00139-BAH | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(A)<br>40 U.S.C. § 5104(e)(2)(D) | 18 months' incarceration<br>36 months' supervised release<br>$500 restitution | 6 months' incarceration<br>2 months' home confinement<br>12 months' supervised release<br>$2,500 fine |

| Name | Case Number | Charges | Sentence | Sentence |
|---|---|---|---|---|
| | | 40 U.S.C. § 5104(e)(2)(G)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | | $500 restitution |
| Grods, Mark | 1:21-CR-00437-APM | 18 U.S.C. § 371<br>18 U.S.C. § 1512(c)(2) | 4 months' home confinement<br>36 months' probation<br>$2000 restitution | 36 months' probation<br>120 hours' community service<br>$2000 restitution |
| Sexton, Stephen | 1:23-CR-00228-TSC | 18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1361 (misd.)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 14 months' incarceration<br>12 months' probation<br>$2000 restitution | 8 months' incarceration<br>12 months' supervised release<br>$2000 restitution |
| Hughes, Nathan Earl | 1:23-CR-00237-CJN | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>40 U.S.C. § 5104(e)(2)(E) | 51 months' incarceration<br>36 months' supervised release<br>$67,867 fine | 25 months' incarceration<br>36 months' supervised release<br>$5000 fine |
| Robin, Gabriel | 1:24-CR-00346-TJK | 40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 21 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 18 months' probation<br>$500 restitution |
| Gunby, Derek | 1:21-CR-00626-PLF | 18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 12 months' incarceration<br>12 months' supervised release<br>$500 restitution | 60 days' incarceration<br>12 months' supervised release<br>$1500 fine<br>$500 restitution |
| Bradley, Michael | 1:23-CR-00435-RBW | 18 U.S.C. § 111(a) and (b)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1), (b)(1)(a)<br>18 U.S.C. § 1752(a)(2), (b)(1)(a) | 100 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 60 months' incarceration<br>36 months' supervised release<br>$2000 restitution |

| | | | | |
|---|---|---|---|---|
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(a)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | | |
| Knowlton, Brady | 1:21-CR-00046-RDM | 18 U.S.C. § 1752(a)(1)<br><br>*Post-*Fischer* sentencing, 1512(c)(2) dismissed | 12 months' incarceration<br>12 months' supervised release<br>$25,000 fine<br>$500 restitution | 36 months' probation<br>$75,000 fine<br>$25,000 restitution |
| Dale, Joshua | 1:24-CR-00389-TNM | 18 U.S.C. § 1361 (misdemeanor) | 6 months' incarceration<br>12 months' supervised release<br>$1000 restitution | 4 months' incarceration<br>12 months' supervised release<br>$1000 restitution |
| Pastucci, Joseph | 1:23-CR-00288-BAH | 18 U.S.C. § 111(a)(1)<br><br>*Post-*Fischer* sentencing, 1512(c)(2), 2 was an original count of conviction | 30 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 26 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Reed, Jeffrey | 1:23-CR-00227-JEB | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(G) | 42 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 30 months' incarceration<br>24 months' supervised release<br>$2000 restitution |
| Berk, Jordan | 1:24-CR-00264-RC | 18 U.S.C. § 1752(a)(1) | 14 days' incarceration<br>12 months' supervised release or 36 months' probation with intermittent confinement<br>$500 restitution | 2 months' home confinement<br>24 months' probation<br>60 hours' community service<br>$1,098 fine<br>$500 restitution |
| James, Joshua | 1:22-CR-00015-APM | 18 U.S.C. § 2384<br>18 U.S.C. § 1512(c)(2) | 24 months' incarceration<br>$2000 restitution | 6 months' home detention<br>36 months' probation<br>$2000 restitution |

137

| | | | | |
|---|---|---|---|---|
| | | *Post-*Fischer* sentencing, 1512(c)(2) remains | | |
| Atwood, Joshua | 1:24-CR-00199-RDM | 18 U.S.C. § 111(a) and (b) | 63 months' incarceration<br>36 months' supervised release<br>$2000 restitution | 48 months' incarceration<br>36 months' supervised release<br>$2000 restitution |
| Mock, Brian | 1:21-CR-00444-JEB | 18 U.S.C. § 231(a)<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 641<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F)<br><br>*Post-*Fischer* resentencing, 1512(c)(2) was an original count of conviction | 33 months' incarceration<br>24 months' supervised release<br>$2000 restitution | 0 months' incarceration (time served)<br>24 months' supervised release<br>$2000 restitution |